B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**North American Health Care, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**88-0250963** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**32836 Pacific Coast Highway, Suite 203**<br>**Dana Point, CA**<br><div align=right>ZIP Code **92629**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **North American Health Care, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X**_____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

               _____

               (Name of landlord that obtained judgment)

               _____

               (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **North American Health Care, Inc.** |

<div align="center">Signatures</div>

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ David L. Neale**
Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**

Address

**(310) 229-1234**
Telephone Number

**February 6, 2015          141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John L. Sorensen**
Signature of Authorized Individual

**John L. Sorensen**
Printed Name of Authorized Individual

**President and Chief Executive Officer**
Title of Authorized Individual

**February 6, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **North American Health Care, Inc.**                                        Case No.

                                                    Debtor(s)          Chapter          **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ZURICH NORTH AMERICA-CLAIMS 8734 PAYSPHERE CIRCLE CHICAGO, IL 60674** | **ZURICH NORTH AMERICA-CLAIMS 8734 PAYSPHERE CIRCLE CHICAGO, IL 60674 (847) 605-6786** | **Insurance** | **Contingent Unliquidated Disputed** | 1,885,010.41 |
| **GATEWAY ACCEPTANCE CO. PO BOX 4053 CONCORD, CA 94524-4053** | **GATEWAY ACCEPTANCE CO. PO BOX 4053 CONCORD, CA 94524-4053 (925) 405-1513** | **Services** | | 526,534.74 |
| **NAVIGANT 4511 PAYSPHERE CIRCLE CHICAGO, IL 60603** | **NAVIGANT 4511 PAYSPHERE CIRCLE CHICAGO, IL 60603 (602) 528-8090** | **Expert Services** | | 462,089.63 |
| **ALL 3 I.T.INC 62 MAXWELL IRVINE, CA 92618** | **ALL 3 I.T.INC 62 MAXWELL IRVINE, CA 92618 (949) 425-9700** | **Technology Services** | | 43,329.00 |
| **ROGERS JOSEPH O'DONNELL 311 CALIFORNIA ST. 10TH FLOOR SAN FRANCISCO, CA 94104** | **ROGERS JOSEPH O'DONNELL 311 CALIFORNIA ST. 10TH FLOOR SAN FRANCISCO, CA 94104 (415) 956-2828** | **Legal Services** | | 39,948.14 |
| **MCDERMOTT WILL & EMERY PO BOX 6043 CHICAGO, IL 60680-6043** | **MCDERMOTT WILL & EMERY PO BOX 6043 CHICAGO, IL 60680-6043 650-8157400** | **Legal Services** | | 29,710.48 |
| **ROXBOROUGH,POMERANCE,NYE & ADREANI LLP 5820 CANOGA AVE. WOODLAND HILLS, CA 91367** | **ROXBOROUGH,POMERANCE,NYE & ADREANI LLP 5820 CANOGA AVE. WOODLAND HILLS, CA 91367 (818) 992-9999** | **Legal Services** | | 23,972.91 |
| **SCOTT TECHNOLOGY GROUP PO BOX 2851 ROHNERT PARK, CA 94928** | **SCOTT TECHNOLOGY GROUP PO BOX 2851 ROHNERT PARK, CA 94928 (707) 584-3995** | **Legal Services** | | 15,924.56 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **North American Health Care, Inc.**      Case No. _____

                   Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MEDLIANCE, LLC<br>1839 S. ALMA SCHOOL RD. #230<br>MESA, AZ 85210-3024 | MEDLIANCE, LLC<br>1839 S. ALMA SCHOOL RD. #230<br>MESA, AZ 85210-3024<br>(714) 241-5600 | Services | | 12,000.00 |
| CHOICELINX CORPORTION<br>TWO COLLEGE PARK DRIVE<br>HOOKSETT, NH 03106 | CHOICELINX CORPORTION<br>TWO COLLEGE PARK DRIVE<br>HOOKSETT, NH 03106<br>603-311-6000 | Services | | 9,834.15 |
| TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | TALX CORPORATION<br>4076 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>(314) 997-2100 | Unemployment Services | | 5,495.57 |
| AMERICAN EAGLE TROPHIES<br>26658 JEFFERSON AVE<br>MURRIETA, CA 92562 | AMERICAN EAGLE TROPHIES<br>26658 JEFFERSON AVE<br>MURRIETA, CA 92562<br>951-677-2328 | Trade Debt | | 5,032.80 |
| NTT DATA LONG TERM CARE SOLUTIONS INC.<br>8383 158TH AVE NE<br>REDMAN, WA 98052-3899 | NTT DATA LONG TERM CARE SOLUTIONS INC.<br>8383 158TH AVE NE<br>REDMAN, WA 98052-3899<br>800-426-2675 | Technology Services | | 300.00 |
| ROPES & GRAY LLP<br>PO BOX 414265<br>BOSTON, MA 02241-4265 | ROPES & GRAY LLP<br>PO BOX 414265<br>BOSTON, MA 02241-4265<br>415-315-6300 | Legal Services | | 263.20 |
| MINUTEMAN PRESS<br>34181 PACIFIC COAST HIGHWAY<br>DANA POINT, CA 92629 | MINUTEMAN PRESS<br>34181 PACIFIC COAST HIGHWAY<br>DANA POINT, CA 92629<br>(949) 240-2760 | Trade Debt | | 253.98 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **North American Health Care, Inc.**                                              Case No. _____

                                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February  6, 2015**                          Signature   **/s/ John L. Sorensen**

                                                                   **John L. Sorensen**
                                                                   **President and Chief Executive Officer**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Central District of California

In re    **North American Health Care, Inc.**           ,      Case No. _____

                                         Debtor      Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Davey Jay LLC**<br>**32836 Pacific Coast Highway**<br>**Suite 203**<br>**Dana Point, CA 92629** | **Common Stock** | **24%** | **Common Stock** |
| **Jay Kevin Laws**<br>**32836 Pacific Coast Highway**<br>**Suite 203**<br>**Dana Point, CA 92629** | **Common Stock** | **2%** | **Common Stock** |
| **Oakleaf Holding, LLC**<br>**32836 Pacific Coast Highway**<br>**Suite 203**<br>**Dana Point, CA 92629** | **Common Stock** | **28%** | **Common Stock** |
| **Shard Holding LLC**<br>**32836 Pacific Coast Highway**<br>**Suite 203**<br>**Dana Point, CA 92629** | **Common Stock** | **2%** | **Common Stock** |
| **Vermillion Investment Co. LLC**<br>**32836 Pacific Coast Highway**<br>**Suite 203**<br>**Dana Point, CA 92629** | **Common Stock** | **44%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 6, 2015**_____      Signature _**/s/ John L. Sorensen**_____

                                                              **John L. Sorensen**
                                                              **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Dana Point                              , California.

Date:   **February  6, 2015**

**/s/ John L. Sorensen**

**John L. Sorensen**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     *Page 1*              **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **141225** | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for Debtor(s):*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**North American Health Care, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  February 6, 2015 _____

/s/ John L. Sorensen _____
By: John L. Sorensen, President and Cheif Executive Officer

Date: _____

_____
Joint Debtor's signature (if applicable)

_____

_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

North American Health Care, Inc.
32836 Pacific Coast Highway, Suite 203
Dana Point, CA 92629


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017


Abel Ramirez
4224 Eucalyptus Avenue
Riverside, CA 92507


Abel Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Alfredo Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


ALL 3 I.T.INC
62 MAXWELL
IRVINE, CA 92618


AMERICAN EAGLE TROPHIES
26658 JEFFERSON AVE
MURRIETA, CA 92562

American Express Business Finance
1851 E First Street
Suite 600
Santa Ana, CA 92705


American Express Business Finance
c/o CT Corporation System
818 W. Seventh Street, 2nd Floor
Los Angeles, CA 90017


American Express Company
200 Vesey Street
New York, NY 10285


American Zurich Insurance Company
c/o Michelle C. Ferrara, Esq.
399 South Grand Avenue, Suite 2600
Los Angeles, CA 90071


American Zurich Insurance Company
c/o Julie L. Young, Esq.
111 South Wacker Drive
Chicago, IL 60606


Antonio Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Antonio Ramirez through sucessors
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Bertia Lopez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326

Bonnie Nathan and Janet Zagon
c/o Edward P. Dudensing, Esq.
1414 K Street, Suite 470
Sacramento, CA 95814


Brenda Luker Gilman
c/o Lesley Ann Clement, Esq.
2209 J Street
Sacramento, CA 95814


Cagney Enterprises, LLC
c/o CE Property Management Svcs.
PO Box 549
Cardiff by the Sea, CA 92007


Celia Kayle
c/o Thomas V. Girardi, Esq.
1126 Wilshire Boulevard
Los Angeles, CA 90017


CHOICELINX CORPORTION
TWO COLLEGE PARK DRIVE
HOOKSETT, NH 03106


Curtis Wilson
c/o Christopher S. Buckley, Esq.
925 G Street
Sacramento, CA 95814


Davey Jay LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629


Deborah Wilson
c/o Christopher S. Buckley, Esq.
925 G Street
Sacramento, CA 95814

Eileen Byrne
c/o Michael F. Moran, Esq.
5 Hutton Centre Drive, Suite 1050
Santa Ana, CA 92707


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Essie Chandler
c/o Lesley Ann Clement, Esq.
2209 J Street
Sacramento, CA 95814


First Professional Bank, N.A.
9454 Wilshire Blvd
Beverly Hills, CA 90212


Franchise Tax Board Bankruptcy Sec.
MS: A-340
P.O. Box 2952
Sacramento, CA 95812


GATEWAY ACCEPTANCE CO.
PO BOX 4053
CONCORD, CA 94524-4053


GREEN FOREST TRUST
3 MONARCH BAY PLAZA
DANA POINT, CA 92629


Guadalupe Jaramillo
c/o Adam Resiner, Esq.
14724 Ventura Blvd., Suite 1210
Sherman Oaks, CA 91403

Hosefina Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jack Howarth
c/o Jay P. Renneisen
1414 K Street, Suite 470
Sacramento, CA 95814


Jay Kevin Laws
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629


Jerry Kayle
c/o Thomas V. Girardi, Esq.
1126 Wilshire Boulevard
Los Angeles, CA 90017


Jesusita Diaz Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Jocelyn Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831


Judy Goldman and Edward Goldman
c/o Edward P. Dudensing, Esq.
1414 K Street, Suite 470
Sacramento, CA 95814

Kenneth Chandler
c/o Lesley Ann Clement, Esq.
2209 J Street
Sacramento, CA 95814


Linda Gottfredson
c/o Jay P. Renneisen
1414 K Street, Suite 470
Sacramento, CA 95814


Maura Byrne
c/o Michael F. Moran, Esq.
5 Hutton Centre Drive, Suite 1050
Santa Ana, CA 92707


MCDERMOTT WILL & EMERY
PO BOX 6043
CHICAGO, IL 60680-6043


MEDLIANCE, LLC
1839 S. ALMA SCHOOL RD. #230
MESA, AZ 85210-3024


MINUTEMAN PRESS
34181 PACIFIC COAST HIGHWAY
DANA POINT, CA 92629


NAVIGANT
4511 PAYSPHERE CIRCLE
CHICAGO, IL 60603


NTT DATA LONG TERM CARE SOLUTIONS INC.
8383 158TH AVE NE
REDMAN, WA 98052-3899

Oakleaf Holding, LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629


Rafael Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Ramiro Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Ricardo Ramirez
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


Robert C. Shaw and Raymond Pierce
c/o Wendy C. York, Esq.
1111 Exposition Blvd., Bldg. 500
Sacramento, CA 95815


ROGERS JOSEPH O'DONNELL
311 CALIFORNIA ST. 10TH FLOOR
SAN FRANCISCO, CA 94104


Romulo Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831


Ronald Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831

ROPES & GRAY LLP
PO BOX 414265
BOSTON, MA 02241-4265


Rosa Rivera
c/o Vincent Miller, Esq.
10342 Lindley Avenue, Suite 328
Porter Ranch, CA 91326


ROXBOROUGH,POMERANCE,NYE & ADREANI LLP
5820 CANOGA AVE.
WOODLAND HILLS, CA 91367


Sally Friedlob Robenstein
c/o Steven M. Rubenstein, Esq.
5850 Canoga Ave., Suite 400
Woodland Hills, CA 91367


Salvador Gomez, Jr.
Attn: Metz & Harrison
139 Richmond Street
El Segundo, CA 90245


Sandra Tyler and Freddie Wilson
c/o Christopher S. Buckley, Esq.
925 G Street
Sacramento, CA 95814


SCOTT TECHNOLOGY GROUP
PO BOX 2851
ROHNERT PARK, CA 94928


Shard Holding LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629

State Board of Equalization
Special Operations, MIC: 74
P.O. Box 942879
Sacramento, CA 94279


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279


Steven M. Rubenstein, Esq.
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367


Stewart Kayle
c/o Thomas V. Girardi, Esq.
1126 Wilshire Boulevard
Los Angeles, CA 90017


TALX CORPORATION
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674


Telerent Leasing Corporation
4191 Fayetteville Road
Raleigh, NC 27603


Telerent Leasing Corporation
Prentice-Hall Corporation System
2710 Gateway Oaks Dr., Ste 150N
Sacramento, CA 95833


U.S. Department of Justice
Attn: Renee S. Orleans
601 D Street, NW
Washington, DC 20004

U.S. Department of Justice
Attn: Michael D. Kass
601 D Street, NW, #9141
Washington, DC 20004


United States Attorney
Attn: Kirstin M. Ault
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102


United States Attorney
Attn: Molinari Goiconda
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102


United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012


United States Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Vermillion Investment Co. LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629


Victor Sanchez
c/o Jihad M. Smaili, Esq.
600 W. Santa Ana Blvd, Suite 202
Santa Ana, CA 92701


Victorino Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831

Wilmer Cadiz
c/o Stephen M. Garcia
One Wrold Trade Center, Suite 1950
Long Beach, CA 90831


ZURICH NORTH AMERICA-CLAIMS
8734 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David L. Neale**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **141225** | |

☒ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>   **North American Health Care, Inc.**<br><br>                              Debtor(s),<br><br>                              Plaintiff(s),<br><br><br><br><br>                              Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __John L. Sorensen_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

⊠ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ⊠ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

February 6, 2015
_____
Date

By:  /s/ John L. Sorensen
_____

Name:  _____

John L. Sorensen, President and Chief
Executive Officer

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 1007-4.CORP.OWNERSHIP.STMT

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Davey Jay LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629

Oakleaf Holding, LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629

Vermillion Investment Co. LLC
32836 Pacific Coast Highway
Suite 203
Dana Point, CA 92629

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David L. Neale<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>141225<br><br>☐ Attorney for: | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>North American Health Care, Inc.<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | **February 6, 2015** |
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ | Other: | Date Filed: | |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document): (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     February 6, 2015
Signature of Authorized Signatory of Filing Party     Date

**John L. Sorensen**
_____
Printed Name of Authorized Signatory of Filing Party

**President and Chief Executive Officer**
_____
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     February 6, 2015
Signature of Attorney for Filing Party     Date

**David L. Neale 141225**
_____
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

**CERTIFICATE OF NORTH AMERICAN HEALTH CARE, INC.**
**A NEVADA CORPORATION**
**AUTHORIZING FILING OF PETITION UNDER**
**CHAPTER 11 OF THE BANKRUPTCY CODE**

I, John L. Sorensen, hereby certify as follows:

1.      I am the Chairman of the Board, President and CEO of North American Health Care, Inc. (the "Company").

2.      At a special meeting of the Company's board of directors held on February 2nd, 2015, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that John L. Sorensen or his designee ("Officer") is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> FURTHER RESOLVED, that Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the members;

**FURTHER RESOLVED** that the Company is hereby authorized to retain the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: February _6_, 2015

<div align="center">NORTH AMERICAN HEALTH CARE, INC.</div>

By:_____

John L. Sorensen
Its: Chairman of the Board of Directors,
President and Chief Executive Officer