DAVID L. NEALE (SBN 141225)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234; Facsimile:  (310)
229-1244
Email:  dln@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtor and Debtor in
Possession

☐ *Individual appearing without attorney*
☒ *Proposed Attorney for Chapter 11 Debtors and
Debtors In Possession*

FOR COURT USE ONLY

**FILED & ENTERED**

**FEB 10 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte    DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SANTA ANA DIVISION**

In re:

NORTH AMERICAN HEALTH CARE, INC.,

        Debtor and Debtor in Possession.

-------------------------------------------------------------------------
In re:

CARMICHAEL CARE, INC.

        Debtor and Debtor in Possession.
_____

☒ Affects All Debtors

☐ Affects North American Health Care, Inc.

☐ Affects Carmichael Care, Inc.

        Debtors and Debtors in Possession.

LEAD CASE NO.: 8:15-bk-10610-MW

CHAPTER: 11

JOINTLY ADMINISTERED WITH:

CASE NO.: 8:15-bk-10612-MW

☐ See attached for additional Case Numbers

**ORDER  ☒ GRANTING  ☐ DENYING
MOTION TO APPROVE JOINT
ADMINISTRATION OF CASES**

**[LBR 1015-1, 9013-1(q)]**

[No Hearing Required]

On (*date*) February 9, 2015 a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re North American Health Care, Inc., case number 8:15-bk-10610.

Having reviewed the motion, IT IS ORDERED THAT:

1. The motion is:  ☒ Granted  ☐ Denied

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

2.  Promptly upon entry of an order granting a motion to approve joint administration:

    a)  Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

    b)  To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

    c)  The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

    d)  To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3.  The proposed caption for pleadings set forth in the Motion is approved and shall be used in connection with these jointly administered cases.

4.  If any party in interest opposes the joint administration authorized by this Order and files a motion for reconsideration within 15 days of the date of entry of this Order, the Court will hear this matter *de novo* without regard to the usual standards applicable to a motion for reconsideration.

###

Date: February 10, 2015

Mark S. Wallace
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                     Page 2                     **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**