DAVID L. NEALE (SBN 141225)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dln@lnbyb.com; kjm@lnbyb.com

Proposed Attorneys for Chapter 11 Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | ) Lead Case No.: 8:15-bk-10610-MW |
| | ) |
| North American Health Care, Inc., | ) |
| | ) |
|     Debtor and Debtor in Possession. | ) |
| _____ | ) Jointly administered with: |
| | ) |
| In re: | ) Case No. 8:15-bk-10612 |
| | ) |
| Carmichael Care, Inc., | ) Chapter 11 Cases |
| | ) |
|     Debtor and Debtor in Possession. | ) **OMNIBUS DECLARATION OF** |
| _____ | ) **SPENCER OLSEN IN SUPPORT OF** |
| | ) **DEBTORS' EMERGENCY MOTIONS** |
| ☒ Affects All Debtors | ) **FILED ON FEBRUARY 11, 2015** |
| | ) |
| ☐ Affects North American Health Care, Inc. | ) |
| ☐ Affects Carmichael Care, Inc. | ) Date: TBD |
| | ) Time: TBD |
| | ) Place: Courtroom "6C" |
| | )       411 W. Fourth Street |
| | )       Santa Ana, CA 92701 |
| | ) |

I, Spencer Olsen, hereby declare as follows:

1.      I am the Chief Financial Officer and Treasurer of Carmichael Care, Inc. ("CCI") a Director and Assistant Secretary of both CCI and North American Health Care, Inc. ("NAHC") (each, a "Debtor" and collectively, the "Debtors"). I also provide consulting services to CCI and NAHC in my capacity as principal to Orion Accounting. I am also one of the managers of Vermillion Investment Co. LLC, which owns 44% of the common stock of NAHC and 44% of the common stock of CCI. I also own Shard Holding, LLC, which owns 2% of the common stock of NAHC and 2% of the common stock of CCI.

2.      I have access to the books and records of the Debtors. I am thoroughly familiar with the history, organization, operations and financial condition of the Debtors. I caused to be initially prepared or directly prepared all of the Exhibits to this Declaration. For those Exhibits that I caused to be initially prepared, I reviewed such Exhibits, and revised such Exhibits to the extent necessary, and approved such Exhibits on behalf of the Debtors. Capitalized terms not otherwise defined have the same meaning ascribed to such terms in the Emergency Motions filed concurrently with this Declaration.

**A.      Background Information Regarding The Debtors, Their Businesses, And Reasons For Filing Bankruptcy.**

3.      On February 6, 2015, NAHC and CCI each filed voluntary petitions under Chapter 11 of the Bankruptcy Code. Since the commencement of their cases, the Debtors have been operating their businesses as debtors in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

4.      CCI is the operator of a skilled nursing facility known as Rosewood Post-Acute Rehabilitation (the "Rosewood Facility"). The Rosewood Facility is licensed by the California Department of Public Health. NAHC provides services to CCI pursuant to a Services Agreement between NAHC and CCI. Specifically, pursuant to the Services Agreement, NAHC provides non-licensed personnel to CCI as necessary for the business of the Rosewood Facility. For example, NAHC provides to the Rosewood Facility bookkeeping and accounting services, public relations and social media services, supply procurement services, record storage services, payroll

services, insurance procurement services, informational technology services, human resource services, and other peer review support services.

5.    NAHC provides essential services to 36 facilities, including the Rosewood Facility.  NAHC is a highly experienced provider of services to skilled nursing facilities, and its principal place of business is in Dana Point, California.

6.    The Rosewood Facility provides 24 hour, 7 days a week and 365 days a year care to patients who reside at the Rosewood Facility.    The Rosewood Facility currently has approximately 107 patients, and is staffed by approximately 184 employees.    The Rosewood Facility has 112 beds.  NAHC charges CCI service fees in connection with the services NAHC provides to the Rosewood Facility.

7.    NAHC and CCI are owned by the same investors.  Specifically, NAHC is owned 44% by Vermillion Investment Co. LLC, 24% by Davey Jay LLC, 28% by Oakleaf Holding, LLC, 2% by Shard Holding, LLC, and 2% by Jay Kevin Laws.[1]  CCI's ownership structure is identical to NAHC's ownership structure. Both entities also have the same individuals serving on each of their Boards of Directors.

8.    CCI is profitable, and cash-flow positive. NAHC is not profitable, yet is cash-flow positive.  However, the Debtors' bankruptcy filings were necessitated by the barrage of alleged medical malpractice and other lawsuits filed against the Debtors, claiming damages in the millions of dollars against the Debtors, and the aggressive litigation tactics of the plaintiffs in these lawsuits that have diverted the Debtors' resources and focus away from operating their businesses. The Debtors deny any liability with respect to these lawsuits.  The Rosewood Facility has been operated according to exacting standards and the highest level of patient care.  Indeed, the Rosewood Facility continues to provide respected, Five-Star (as rated by CMS) care for its

---

[1] Verla Sorensen and I are the managers of Vermillion Investment Co. LLC (and I am also the Chief Financial Officer and Treasurer of only CCI, and also an assistant secretary and a Director of both CCI and NAHC).  Don Laws is the manager of Davey Jay LLC.  John L. Sorensen is the Trustee of the Manager of Oakleaf Holding, LLC (and Mr. Sorensen is also the President and Chief Executive Officer of NAHC, and the Chairman of the Board of Directors of CCI). Additional information regarding the officers and directors of the Debtors will be provided when the Debtors file their Schedules of Assets and Liabilities and Statements of Financial Affairs.

patients.

9.      Despite this record of achievement, certain plaintiffs' counsel have targeted the Debtors and have relentlessly pursued what they perceive to be potential "deep pockets" for recovery.  However, had the Debtors not filed for bankruptcy protection, and had plaintiffs with disputed claims continued their unending litigation attacks against the Debtor, or obtained their threatened judgments, the inevitable result would have been that the Debtors would have been forced to close their businesses.   The Debtors, after substantial consideration of possible alternatives, substantial efforts to settle disputes and litigation claims, and careful consideration of the effect of the bankruptcy filings on their businesses, determined that the most prudent, proactive and responsible course of action in order to protect their assets and the interests of their creditors, was to file for bankruptcy protection.  The Debtors intend to work to reorganize their financial affairs and resolve their litigation in a cohesive, organized manner, in a single forum.

**B.      Parties Asserting Secured Claims And Interests In The Debtors' Cash.**

10.      The following parties have filed UCC-1 financing statements against NAHC, some of which assert an interest in NAHC's cash, as follows:

a.   First Professional Bank N.A. ("FPB"):  FPB asserts a security interest in nearly all of NAHC's assets, including NAHC's cash.  NAHC does not concede that FPB has a security interest in NAHC's cash collateral.  As of the Petition Date, NAHC owed FPB the sum of $0.  FPB appears to be the predecessor to Pacific Western National Bank.

b.   American Express Business Finance Corporation ("AMEX"):  AMEX asserts a security interest in all of NAHC's assets, including accounts, in connection with what appears to be an equipment lease between AMEX and NAHC (NAHC does not take any position at this time whether the agreement is a true lease).  NAHC does not concede that AMEX has a security interest in NAHC's cash collateral.  As of the Petition Date, NAHC owed AMEX the sum of $3,496.24.

c.   Telerent Leasing Corporation ("Telerent"):  Telerent asserts a security interest

1      in certain equipment.  It does not appear that Telerent asserts a security interest

2      in NAHC's cash. As of the Petition Date, NAHC owed Telerent the sum of $0.

3      11.    The following parties have filed UCC-1 financing statements against CCI, some of

4 which assert an interest in CCI's cash, as follows:

5          a.  First Professional Bank N.A. (FPB):  FPB asserts a security interest in nearly

6              all of CCI's assets, including CCI's cash.  CCI does not concede that FPB has a

7              security interest in CCI's cash collateral.  As of the Petition Date, CCI owed

8              FPB the sum of $0.  FPB appears to be the predecessor to Pacific Western

9              National Bank.

10         b.  Pacific Western National Bank ("PWB"): PWB asserts a security interest in

11             nearly all of CCI's assets, including CCI's cash.  CCI does not concede that

12             PWB has a security interest in CCI's cash collateral.  As of the Petition Date,

13             CCI owed PWB the sum of approximately $79,000, in connection with a

14             business loan originally made to CCI in 4/7/12, in the original principal amount

15             of $232,906.  CCI is current with all of its loan obligations to PWB.  CCI

16             intends to remain current on its obligations to PWB during the course of these

17             Chapter 11 bankruptcy cases.

18         c.  GreatAmerica Leasing Corporation ("GreatAmerica"): GreatAmerica asserts a

19             security interest in certain equipment.  It does not appear that GreatAmerica

20             asserts a security interest in CCI's cash. As of the Petition Date, CCI owed

21             GreatAmerica the sum of $0.

22     12.    Filed concurrently herewith is the Declaration of Krikor J. Meshefejian which I

23 understand attaches as Exhibits the above-referenced UCC-1 financing statements.

24 **C.    The Debtor's Assets.**

25     13.    As of the Petition Date, NAHC had cash on hand of approximately $1,902,388 and

26 CCI had cash on hand in the approximate amount of $1,023,049.   In total, the Debtors had cash

27 on hand of approximately $2,925,437 as of the Petition Date.  NAHC's primary assets consist of

28 its service agreements with the 36 facilities, including CCI, its cash on hand, its receivables in the

amount of $1,297,629, its lease of real property located at 32836 Pacific Coast Highway, Dana Point, CA  92629, and fixed assets with a book value of approximately $222,495.

14.     CCI's primary assets consist of its accounts receivable (owing by Medi-Cal, Medicare, and private pay patients), its lease of real property located at 6041 Fair Oaks, Blvd, Carmichael, CA  95608, the Rosewood Facility itself (i.e., CCI's business of operating a skilled nursing facility), and the personal property assets located at the Rosewood Facility.  As of the Petition Date, CCI had outstanding accounts receivable of approximately $1,944,387.

15.     **The proposed operating budget for NAHC, which I prepared with the assistance of NAHC's controller, is attached as Exhibit 1 to this Declaration.**

16.     **The proposed operating budget for CCI, which I prepared with the assistance of CCI's administrator is attached as Exhibit 2 to this Declaration.**

17.     As these budgets respectively show, in addition to the respective cash on hand as of the Petition Date and accounts receivable of the Debtors outstanding as of the Petition Date, NAHC expects to collect just during the remaining portion of February 2015 and the month of March 2015, the amount of approximately $4,100,000, and CCI expects to collect during that same period of time, the amount of approximately $2,000,292.

18.     Based on the foregoing, we submit that the Debtors' respective cash on hand and accounts receivable provide such claimants (to the extent that they have an interest in the Debtors' respective cash) with substantial equity cushions.  As a result, there cannot be any question that these claimants have an overwhelming equity cushion and cannot be harmed in any way by the Debtors' use of their respective cash collateral.

**D.      The Debtors' Unsecured Debt.**

19.     Needless to say, the Debtors strongly dispute the litigation claims asserted against them.  Other than litigation claims (which are disputed), NAHC has approximately $3,600,000 of unsecured trade debt and CCI has approximately $720,000 of unsecured trade debt.  CCI is also a guarantor of a loan to Rolling Hills Capital Reserves LLC (which shares some common ownership with CCI).

**E.      The Debtors' Proposed Use Of Cash Collateral.**

20.    The Debtors require an immediate order of this Court authorizing these Debtors to use cash collateral in accordance with their respective budgets to enable these Debtors to (i) pay all of their normal and ordinary operating expenses (such as payroll, rent, utilities, insurance, and payments to vendors for, in the case of the Rosewood Facility, service fees to NAHC, patient food and medical supplies and services such as therapy and lab) as they come due in the ordinary course of their businesses; (ii) purchase new inventory in order for these Debtors to preserve the going concern value of their businesses, assets and reorganization efforts; and (iii)  avoid immediate and irreparable harm.

21.    It is clear that the Debtors' businesses have significant going concern value and the cessation of the Debtors' business operations would place that going concern value in serious jeopardy, as well as cause the loss of the jobs of the Debtors' employees and displacement of and risk to the health and well-being of the current residents of the Rosewood Facility.

22.    The Debtors therefore seek authority to use cash collateral on an interim emergency basis pending a final hearing in accordance with their budgets, except that these Debtors seek Court authority to exceed the total budgeted sums (on an aggregate basis with these Debtors having the ability to deviate on particular line items by more than 25% provided the aggregate deviation does not exceed 25%) in any single month.  If actual expenditures for any line items are less than the budgets, the difference shall carryover to the following month.   The continued residency and care for all of the current patients of the Rosewood Facility and the continued employment of all of the Debtors' respective current employees are entirely dependent upon these Debtors' immediate use of cash collateral.  Given the devastating impact that a closure of these Debtors' businesses would have on employees, residents and creditors, and given the overwhelming value in these businesses, the Debtors submit that immediate use of cash collateral is clearly warranted and appropriate.

**F.**    **Necessity To Pay Pre-Petition Priority Wages And Honor Vacation And Other Leave Benefits.**

23.    The Debtors request Court authority to pay Wages and honor pre-petition accrued vacation and leave benefits in the ordinary course of the Debtors' businesses, provided that no

employee shall receive in value over $12,475 on account of the foregoing pre-petition claims. The Debtors also seek Court authority to pay payroll taxes related to the Wages. The Debtors typically pay their respective employees' Wages twice per month, on the 25th of each month for the pay period of the first of the month to the fifteenth of the month, and on the 10th of the following month for the pay period of the sixteenth of the prior month through the end of the prior month. Prior to the Debtors' bankruptcy filings, the Debtors paid their Employees through January 31, 2015, although certain of CCI's employees' checks were not distributed, or cashed prior to the bankruptcy filing (or after the bankruptcy filing). Accordingly, CCI owes payroll for the period of January 15, 2015 through January 31, 2015, totaling approximately $55,765.89

24.     Additionally, on Wednesday, February 25, 2015, the Debtors are scheduled to pay Wages earned during the period of February 1, 2015, through February 15, 2015. The Wages earned during the period of February 1, 2015 through February 6, 2015 constitute pre-petition Wages.

25.     The approximate amount of pre-petition Wages plus payroll taxes that NAHC will owe on February 25, 2015, is $181,973.21, as set forth in Exhibit 3 to this Declaration.

26.     The approximate amount of pre-petition Wages plus payroll taxes that CCI will owe on February 25, 2015 is $92,336.81. When including the approximate $55,765.89 for the period of January 15, 2015 through January 31, 2015, CCI's total payroll obligations proposed to be paid by this Motion is approximately $148,102.70, as set forth in Exhibit 4 to this Declaration.

27.     Additionally, the Debtors' employees have accrued vacation and leave benefits, which the Debtors request authorization to continue to honor in the ordinary course of the Debtors' businesses.

28.     By the Wage Motion, the Debtors seek authority in each of their respective cases to (i) pay and/or honor all pre-petition Wages of their employees (including any Wages which are unpaid as a result of a pre-petition payroll check being returned for insufficient funds which may be caused by a freeze on the Debtor's pre-petition bank accounts or a conversion to debtor in possession accounts); and (ii) honor accrued vacation and leave benefits in the ordinary course of

business, provided that no employee shall receive in value over $12,475 on account of pre-petition claims for Wages and vacation and leave benefits.

29.    The source of the funds to be used to pay and/or honor the pre-petition Wages and accrued vacation and leave benefits of the employees will be the Debtors' revenues from operations, which may constitute cash collateral.  Concurrently herewith, the Debtors have filed an emergency motion for an order authorizing the Debtors to use cash collateral, including in order to pay the Wages and related payroll taxes.

30.    Needless to say, the Debtors cannot continue to operate and reorganize without their employees.  It is crucial for the Debtors to retain the employees to operate the Debtors' businesses, continue to provide services to patients in the case of CCI, and continue to provide services to skilled nursing facilities in the case of NAHC (including the Rosewood Facility), and continue to administer the Debtors' business affairs, particularly during this crucial beginning phase of the Debtors' bankruptcy cases, where additional administrative and other obligations are imposed upon the Debtors.

31.    If the Debtors do not continue to pay the employees their ordinary and earned Wages and continue to honor employee benefits, the employees may quit.  Without the employees, the Debtors' businesses will be severely impaired, if not eviscerated altogether.  The Debtors must retain the employees to remain in business and preserve the value of the Debtors' respective assets.  Based on the foregoing, we respectfully submit that the relief requested in the Wage Motion is necessary to avoid immediate and irreparable harm, particularly given that the next Wage payment date is February 25, 2015, and the Debtors require at least one to two days prior to the deadline to pay Wages to fund their respective payroll accounts.  Moreover, the Debtors seek the ability to be able to represent to their Employees as soon as possible that the Bankruptcy Court has approved this Motion (or, alternatively, if the Bankruptcy Court has denied this Motion, to immediately advise their Employees of such facts so that Employees are aware of such facts and do not later claim that the Debtors misrepresented or withheld facts from their Employees).  Accordingly, the Debtors request a hearing on this Motion as soon as practical for the Bankruptcy Court.

Main Document     Page 10 of 33

32.     Since the claims described above constitute priority claims, they must be paid in full in connection with any reorganization of the Debtors' cases.  The source of the funds to be used to pay and/or honor the pre-petition Wages and accrued vacation and leave benefits of the employees will be the Debtors' respective revenues from operations

33.     The Debtors make the following disclosures in connection with their requests to pay the Wages:

    a.  The employees are still employed by the respective Debtors.  The Wages the Debtors propose to pay are for employees that the Debtors still employ and will continue to employ at this time.

    b.  The proposed payments to the employees are absolutely necessary.   Needless to say, the Debtors cannot continue to operate and reorganize without their Employees.  It is crucial for the Debtors to retain the Employees to operate the Debtors' businesses, continue to provide services to the Debtors' patients in the case of CCI, continue to provide services to skilled nursing facilities in the case of NAHC (including the Rosewood Facility) and continue to administer the Debtors' business affairs, particularly during this crucial beginning phase of the Debtors' bankruptcy cases, where additional administrative and other obligations are imposed upon the Debtors.  If the Debtors do not continue to pay the employees their ordinary and earned Wages and continue to honor employee benefits, the employees will likely quit.  Without the employees, the Debtors' businesses will be severely impaired, if not eviscerated altogether.  The Debtors must retain the employees to remain in business and preserve the value of the Debtors' respective assets.

    c.  The proposed payment procedures are beneficial to the Debtors' estates.  The Debtors seek merely to honor the Wages and other benefits which would constitute priority claims pursuant to Section 507 of the Bankruptcy Code.  Such claims would otherwise be required to be paid in full under a plan of reorganization.  However, if the Debtors do not honor such Wages and benefits

now, the Debtors run a serious risk of losing employees, and disrupting their business affairs. The loss of employees would be severely detrimental to the Debtors' businesses.

    d. <u>The Wages of Insiders Constitute A Small Portion of the Proposed Wages Requested To be Paid</u>. A small portion of the Wages constitutes the Wages of CCI's administrator and executives of NACH, some of whom may be considered insiders. Specifically, for NAHC, of the total $181,973.21 proposed to be paid, approximately $29,063.03 constitutes the Wages of insiders of NAHC for whom insider compensation forms will be submitted. For CCI, of the total $148,102.70 proposed to be paid, approximately $1,976.69 constitutes the Wages of insiders of CCI for whom insider compensation forms will be submitted. The Debtors believe that it is necessary and appropriate to pay these modest sums, in order to ensure that these employees who provide services and value to the Debtors are not financially disrupted during a period of time when they are working on overdrive to transition to Chapter 11, comply with numerous Chapter 11 requirements and continue to manage and operate the Debtors' respective businesses. At a time when the Debtors' managers are crucial to the Debtors' successful reorganization efforts, the Debtors submit that it is appropriate to ensure that these person's personal financial lives are not negatively impacted. Of course, payment to insiders will remain subject to the Debtors filing, serving, and not receiving any objection to, insider compensation forms (for those individuals that are actually insiders, but not certain executive vice presidents who are not considered insiders).

    e. <u>The employees' claims are within the limits established by Section 507 of the Bankruptcy Code</u>. The Debtors only seek authority to (i) pay and/or honor all pre-petition Wages of the employees and related payroll taxes; and (ii) honor accrued vacation and leave benefits in the ordinary course of business, provided

that no employee shall receive in value over $12,475 on account of pre-petition claims for Wages and vacation and leave benefits.

f.  <u>The proposed payments will not render the Debtors' respective estates administratively insolvent.</u>  The source of the funds to be used to pay and/or honor the pre-petition Wages and accrued vacation and leave benefits of the employees will be each of the Debtors' respective revenues from operations. The Debtors believe that their respective revenues are sufficient to pay the Wages without rendering the Debtors' estates administratively insolvent.  The Debtors are current with their payroll obligations, and are seeking Court approval to pay the Wages solely due to the timing of their bankruptcy filings as compared to the Debtors' payroll schedules.

**G.  <u>Adequate Assurance Of Payment To The Utility Companies.</u>**

34.  To maintain and operate their businesses, the Debtors receive water, electricity, and similar utility services from a number of utility companies (each a "<u>Utility Company</u>" and collectively, the "<u>Utility Companies</u>").  The Debtors require such services to maintain and continue business operations.  Given the importance of the services provided by the Utility Companies to the Debtors' business operations, it is crucial that the means of providing adequate assurance to the Utility Companies which provide utility services to the Debtors be determined immediately so that there is no interruption in the services provided.  An interruption in the services provided would lead to an inability to conduct business, which may result in business disruption, including a disruption in patient care.

35.  Attached as Exhibit 5 to this Declaration is a list which sets forth, to the extent possible, on an account-by-account basis, the names and addresses of the Utility Companies that are currently providing utility services to NAHC, the type of utility services provided by the Utility Company, and the average monthly payment to each Utility Company based on the total amount incurred by NAHC during the past approximately three months.

36.  Attached as Exhibit 6 to this Declaration is a list which sets forth, to the extent possible, on an account-by-account basis, the names and addresses of the Utility Companies that are

currently providing utility services to CCI, the type of utility services provided by each Utility Company, and the average monthly payment to each Utility Company based on the total amount incurred by CCI during the past approximately three months.

37.    The Debtors intend to provide adequate "assurance of payment" by providing their respective Utility Companies with cash deposits, as authorized by Section 366(c)(1)(A)(i) of the Bankruptcy Code.  For each account that the Debtors have with a Utility Company, the Debtors are proposing to provide each of their respective Utility Companies with cash deposits in an amount equal to the average monthly payment based on the amount incurred on the account during the past three months.

38.    The total amount of the cash deposits proposed to be paid by NAHC to its Utility Companies is $9,266.80.

39.    The total amount of the cash deposits proposed to be paid by CCI to its Utility Companies is $16,317.15.

40.    In addition to paying the foregoing cash deposits, the Debtors will bring the Utility Companies current on all post-petition debts owed to such Utility Companies.

41.    The source of the funds to be used to pay the cash deposits to the Utility Companies will be the Debtors' respective revenues from operating their businesses, which may constitute cash collateral.  Concurrently herewith, the Debtors have filed emergency motions for orders authorizing those Debtors to use cash collateral, including to pay the Debtors' respective proposed deposits to their Utility Companies.  The Debtors submit that approval to pay the proposed cash deposits to the Utility Companies will not render the Debtors' bankruptcy estates administratively insolvent, given the Debtors' respective cash positions and cash flow.

**H.**    **The Debtors' Pre-Petition Cash Management System.**

***NAHC's Cash Management System.***

42.    NAHC maintains the following bank accounts, some of which NAHC proposes to maintain (in bold) in order to cause the least amount of disruption to NAHC's business affairs as possible:

| Depository Information | Account Name | Last Four Digits Of Account Number | Whether Account Is Proposed To Be Left Open and Reason Why |
|---|---|---|---|
| Pacific Western Bank | Payroll Clearing Account | 1864 | NAHC will close this account and open a new debtor in possession account to replace the closed account |
| Pacific Western Bank | Operating Checking Account | 9987 | NAHC will close this account and open a new debtor in possession account to replace the closed account |
| Pacific Western Bank | Executive Payroll Account | 1051 | NAHC will close this account and open a new debtor in possession account to replace the closed account |
| **Wells Fargo Bank** | **Payroll Account** | **4398** | **This account is tied to all payroll account's direct deposits. It carries almost no balance but would require substantial work to reschedule employee direct deposits to a new account. Therefore, NAHC respectfully requests authorization to maintain this account.** |
| Wells Fargo Bank | Checking Account | 8412 | This account carries a minimal balance and is not used. NAHC will close this account. |
| Nevada State bank | Deposit Account | 8363 | This account carries a minimal balance and is not used. NAHC will close this account. |

///

///

///

///

///

///

///

///

///

*CCI's Cash Management System.*

| Depository Information | Account Name | Last Four Digits Of Account Number | Whether Account Is Proposed To Be Left Open and Reason Why |
|---|---|---|---|
| **Pacific Western Bank** | **Main Checking** | **0187** | **This account is tied to direct deposit from Medicare, Veteran's Administration and Medi-Cal payments. Closing this account would delay payments on outstanding receivables and potentially create an operating shortfall. CCI will open a debtor in possession account into which payments into this account will be deposited. All other receivables and payables will be transacted from the new debtor-in-possession operating account. However, CCI respectfully requests authorization to maintain this account so that receipts from Medicare, Veteran's Administration and Medi-Cal are not delayed or disrupted.** |
| Pacific Western Bank | Money Market | 2098 | CCI will close this account and open a new debtor in possession account to replace the closed account |
| **Wells Fargo Bank** | **Payroll Account** | **4703** | **This account is tied to all payroll account's direct deposits. It carries almost no balance but would require substantial work to reschedule employee direct deposits to a new account. Therefore, NAHC respectfully requests authorization to maintain this account.** |
| Wells Fargo Bank | Deposit Account | 8636 | This account carries a minimal balance and is not used. NAHC will close this account. |
| Wells Fargo Bank | Petty Cash | 5272 | This account carries a minimal balance and is not used. NAHC will close this account. |
| **Wells Fargo Bank** | **Client Trust Account** | **0838** | **This account holds patient funds and does not belong to CCI. The funds are held in trust for CCI's patients. CCI respectfully requests authority to** |

| | | | **maintain this account as the funds therein do not belong to CCI.** |
|---|---|---|---|

43.     The Debtors propose to maintain those bank accounts which are highlighted above in **bold** (the "<u>Bank Accounts</u>") for the reasons set forth in the above charts.

44.     If the Debtors closed the Bank Accounts, there would be disruption to paying their employees, additional and unnecessary costs in transitioning direct deposits to new accounts, and, in the case of CCI, a severe disruption in the receipt of revenue and the maintenance of funds held in trust on patients' behalf.  Accordingly, the Debtors request Court authority to maintain their Bank Accounts.  Each of the Debtors will still open required debtor-in-possession accounts at a depository approved by the Office of the United States Trustee.  The Debtors believes that this structure will ensure that receipts and disbursements are not disrupted and are properly accounted.

45.     Pursuant to the Cash Management Motion, the Debtors seek an order of this Court: **(1)** authorizing the Debtor to continue using the Debtor's existing cash management system comprised of the Bank Accounts; **(2)** authorizing the Debtor to keep open and continue utilizing the Debtors' respective Bank Accounts; and **(3)** directing any bank that places or has placed an administrative freeze on any bank account to release any such freeze so that the Debtors may transfer such funds to new debtor-in-possession accounts, or in the case of the Bank Accounts, continue to use the bank Accounts.

46.     The relief requested herein will help ensure the Debtors' smooth transition into chapter 11 by allowing the Debtors to keep their Bank Accounts.  It is essential that this Motion be heard on an emergency basis so that the Debtors may immediately comply with applicable requirements concerning their Bank Accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February 2015 in Dana Point, California.

SPENCER OLSEN

**EXHIBIT 1**

### North American Health Care, Inc.

| | | Week 1 2/9/15 | Week 2 2/16/15 | Week 3 2/23/15 | Week 4 3/2/15 | Week 5 3/9/15 | Week 6 3/16/15 | Week 7 3/23/15 | Week 8 3/30/15 | Week 9 4/6/15 | Week 10 4/13/15 | Week 11 4/20/15 | Week 12 4/27/15 | Week 13 5/4/15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REV/MONTH** | | | | | | | | | | | | | | |
| Service Charges | $2,100,000 | | $2,100,000 | | | | $2,000,000 | | | | | $2,100,000 | | |
| **EXPENSE / LABOR:** | | | | | | | | | | | | | | |
| *OFFICERS* | $60,917 | $3,259 | | $32,590 | $29,331 | $3,259 | | $73,885 | | $43,996.65 | $4,889 | $79,331 | $3,259 | $29,331 |
| *EXECUTIVES* | $257,086 | $6,778 | | $67,784 | $61,006 | $6,778 | | $101,676 | | $91,508.76 | $10,168 | $61,006 | $6,778 | $61,006 |
| *CONSULTANTS* | $335,495 | $12,272 | | $122,724 | $110,452 | $12,272 | | $184,087 | | $165,677.86 | $18,409 | $110,452 | $12,272 | $110,452 |
| *OTHERS* | $207,628 | $7,093 | | $70,932 | $63,839 | $7,093 | | $106,398 | | $95,758.05 | $10,640 | $63,839 | $7,093 | $63,839 |
| *TOTAL LABOR* | $861,243 | $29,409 | $0 | $294,089 | $264,680 | $29,409 | $0 | $466,133 | $0 | $397,020 | $44,113 | $314,680 | $29,409 | $264,680 |
| Benefits % | $155,024 | $52,936 | $0 | $80,950 | | $52,936 | $0 | $83,904 | $0 | $71,464 | $7,940 | | $52,936 | |
| *LABOR + BEN* | $1,016,267 | $82,345 | $0 | $375,039 | $264,680 | $82,345 | $0 | $550,037 | $0 | $468,483 | $52,054 | $314,680 | $82,345 | $264,680 |
| | $10,334,921 | | | | | | | | | | | | | |
| **NON-LABOR EXPENSE:** | $12,304 | | | $387,343 | | | | | | | | | | |
| **ADMIN.** | | | | | | | | | | | | | | |
| Accounting Fees | $381,518 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 | $7,337 |
| Legal | $2,542,594 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 | $48,896 |
| Spprt - Computer | $735,545 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 | $14,145 |
| Purch Services | $2,443,894 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 | $46,998 |
| Auto | $592,375 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 | $11,392 |
| Travel | $407,256 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 | $7,832 |
| Other Admin | | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 | $12,709 |
| *Total* | $7,764,067 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 |
| *US TRUSTEE* | | | | | | | | | | | | $10,400 | | |
| **TOTAL NON-LABOR DIRECT EXPENSES** | | | | | | | | | | | | | | |
| *Total* | $7,764,067 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $159,709 | $149,309 | $149,309 |
| Ancillary Exp | | | | | | | | | | | | | | |
| *Total Exp* | $8,780,334 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 | $231,654 |
| **FINANCIAL SUMMARY:** | | | | | | | | | | | | | | |
| *Beginning Cash* | | $1,902,388 | $1,668,524 | $3,617,006 | $2,947,117 | $2,513,822 | $2,279,959 | $4,128,440 | $3,426,884 | $3,258,269 | $2,638,266 | $2,434,693 | $4,058,095 | $3,807,135 |
| | Feb | | | | | | | | | | | | | |
| Cash Receipts | $2,100,000 | $0 | $2,100,000 | $0 | $0 | $0 | $2,000,000 | $0 | $0 | $0 | $0 | $2,100,000 | $0 | $0 |
| Direct Labor | $1,016,267 | $82,345 | $0 | $375,039 | $264,680 | $82,345 | $0 | $550,037 | $0 | $468,483 | $52,054 | $314,680 | $82,345 | $264,680 |
| Expenses | $647,006 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $149,309 | $159,709 | $149,309 | $149,309 |
| Non Controllable | $21,149 | $4,881 | $4,881 | $4,881 | $21,977 | $4,881 | $4,881 | $4,881 | $21,977 | $4,881 | $4,881 | $4,881 | $21,977 | $4,881 |
| Net Profit | $415,578 | -$236,535 | $1,945,810 | -$529,229 | -$435,966 | -$236,535 | $1,845,810 | -$704,227 | -$171,286 | -$622,673 | -$206,244 | $1,620,730 | -$253,631 | -$418,870 |
| Addback Depreciation | $138,893 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 | $2,671 |
| Addback Prepaids | | | | | | | | | | | | | | |
| Prepetition payroll | | | | $143,330 | | | | | | | | | | |
| Ending Cash | | $1,668,524 | $3,617,006 | $2,947,117 | $2,513,822 | $2,279,959 | $4,128,440 | $3,426,884 | $3,258,269 | $2,638,266 | $2,434,693 | $4,058,095 | $3,807,135 | $3,390,936 |

**EXHIBIT 2**

## Rosewood Post-Acute Rehab

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ***REV/MONTH*** | | | | | | | | | | | | | |
| Medicare | | | $547,400 | | | | $547,400 | | | | $547,400 | $136,850 | $136,850 |
| Medical | $82,427 | $82,427 | $82,427 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 | $90,048 |
| Private | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 | $5,775 |
| VA/HMO | $29,818 | $29,818 | $29,818 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 | $38,850 |
| Ancillaries | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 | $5,250 |
| Reductions | | | | | | | | | | | | | |
| Net Revenue | $123,270 | $123,270 | $670,670 | $139,923 | $139,923 | $139,923 | $687,323 | $139,923 | $139,923 | $139,923 | $687,323 | $276,773 | $276,773 |
| | | | | | | | | | | | | | |
| ***RATES/DAY*** | | | | | | | | | | | | | |
| Medicare | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 | $782 |
| Medical | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 | $234 |
| Private | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 | $275 |
| VA/HMO | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 | $370 |
| | | | | | | | | | | | | | |
| ***EXPENSE / LABOR:*** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| ***NURSING*** | $6,826 | | $136,511 | $122,860 | $13,651 | | $170,639.07 | | $153,575.16 | $13,651 | $122,860 | $13,651 | $122,860 |
| ***EDUCATION*** | $132 | | $2,638 | $2,374 | $264 | | $3,297.53 | | $2,967.77 | $264 | $2,374 | $264 | $2,374 |
| ***MAINTENANCE*** | $195 | | $3,893 | $3,504 | $389 | | $4,866 | | $4,379.71 | $389 | $3,504 | $389 | $3,504 |
| ***HOUSEKEEPING*** | $258 | | $5,152 | $4,637 | $515 | | $6,440 | | $5,796.00 | $515 | $4,637 | $515 | $4,637 |
| ***LAUNDRY*** | $152 | | $3,044 | $2,740 | $304 | | $3,805 | | $3,424.68 | $304 | $2,740 | $304 | $2,740 |
| ***DIETARY*** | $536 | | $10,715 | $9,644 | $1,072 | | $13,394 | | $12,054.54 | $1,072 | $9,644 | $1,072 | $9,644 |
| ***ACT/SOC SERV*** | $324 | | $6,484 | $5,835 | $648 | | $8,105 | | $7,294.20 | $648 | $5,835 | $648 | $5,835 |
| ***ADMINISTRATION*** | $1,768 | | $35,358 | $31,822 | $3,536 | | $44,197 | | $39,777.65 | $3,536 | $31,822 | $3,536 | $31,822 |
| | | | | | | | | | | | | | |
| ***TOTAL LABOR*** | $10,190 | $0 | $203,795 | $183,416 | $20,380 | | $254,744 | | $229,270 | $20,380 | $183,416 | $20,380 | $183,416 |
| Benefits % | $40,759 | $0 | $40,759 | | $40,760 | | $50,949 | | | $50,949 | | $40,760 | |
| ***LABOR + BEN*** | $50,949 | $0 | $244,554 | $183,416 | $61,140 | | $305,693 | | $229,270 | $71,329 | $183,416 | $61,140 | $183,416 |
| | | | | | | | | | | | | | |
| ***NON-LABOR EXPENSE:*** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| ***NURSING*** | | | | | | | | | | | | | |
| *Total Nursing* | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 | $7,601 |
| ***MAINTENANCE*** | | | | | | | | | | | | | |
| *Total Maint.* | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 | $1,441 |
| ***UTILITIES*** | | | | | | | | | | | | | |
| *Total Utilities* | $19,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 | $3,471 |
| ***HOUSEKEEPING*** | | | | | | | | | | | | | |
| *Total* | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 | $672 |
| ***LAUNDRY*** | | | | | | | | | | | | | |
| *Total* | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 | $329 |
| ***DIETARY*** | | | | | | | | | | | | | |
| *Total* | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 | $4,356 |
| ***SOC SERVICES*** | | | | | | | | | | | | | |
| *Total* | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 | $103 |
| ***ADMIN.*** | | | | | | | | | | | | | |
| *Total* | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 | $25,890 |
| | | | | | | | | | | | | | |
| ***US TRUSTEE*** | | | | | | | | | | | | $9,750 | |
| | | | | | | | | | | | | | |
| ***BAD DEBT*** | | | | | | | | | | | | | |
| *Total Bad Debt* | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 | $3,430 |

### Rosewood Post-Acute Rehab

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL NON-LABOR DIRECT EXPENSES** | | | | | | | | | | | | | | |
| **Total** | $63,293 | $47,293 | $47,293 | $47,293 | $47,293 | $47,293 | $47,293 | $47,293 | $47,293 | $47,293 | $57,043 | $47,293 | $47,293 | |
| | | | | | | | | | | | | | | |
| Ancillary Exp | $48,631 | $48,631 | $48,631 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | $44,890 | |
| | | | | | | | | | | | | | | |
| **Total Exp PPD** | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | $162,873 | |
| | | | | | | | | | | | | | | |
| **FINANCIAL SUMMARY:** | | | | | | | | | | | | | | |
| **Beginning Cash** | $1,023,049 | $944,120 | $907,206 | $1,166,825 | $1,047,588 | $1,050,628 | $1,034,107 | $1,285,007 | $1,306,163 | $1,098,586 | $1,010,737 | $1,429,150 | $1,482,028 | |
| | | | | | | | | | | | | | | |
| Cash Receipts | $119,840 | $119,840 | $667,240 | $136,493 | $136,493 | $136,493 | $683,893 | $136,493 | $136,493 | $136,493 | $683,893 | $273,343 | $273,343 | |
| Direct Labor | $50,949 | $0 | $244,554 | $183,416 | $61,140 | $0 | $305,693 | $0 | $229,270 | $71,329 | $183,416 | $61,140 | $183,416 | $845,751 |
| Expenses | $108,494 | $92,494 | $92,494 | $88,753 | $88,753 | $88,753 | $88,753 | $88,753 | $88,753 | $88,753 | $98,503 | $88,753 | $88,753 | $648,495 |
| Non Controllable | $4,730 | $85,430 | $47,754 | $4,730 | $4,730 | $85,430 | $4,730 | $47,754 | $4,730 | $85,430 | $4,730 | $47,754 | $4,730 | $237,536 |
| QA FEE | | | $43,988 | | | | $54,985 | | | | | $43,988 | | $98,973 |
| **Net Profit** | -$44,333 | -$58,084 | $238,450 | -$140,407 | -$18,130 | -$37,691 | $229,731 | -$15 | -$186,261 | -$109,019 | $397,243 | $31,708 | -$3,557 | $1,830,756 |
| **Addback Depreciation** | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | $2,403 | |
| **Addback Prepaids** | $18,766 | $18,766 | $18,766 | $18,766 | $18,766 | $18,766 | $18,766 | $18,766 | -$23,719 | $18,766 | $18,766 | $18,766 | $18,766 | |
| **Outstanding Payroll** | -$55,766 | | | | | | | | | | | | | |
| **Ending Cash** | $944,120 | $907,206 | $1,166,825 | $1,047,588 | $1,050,628 | $1,034,107 | $1,285,007 | $1,306,163 | $1,098,586 | $1,010,737 | $1,429,150 | $1,482,028 | $1,499,641 | |

**EXHIBIT 3**

NAHCI

**Payroll Register Report,**    **Check Date From: 2/6/2015**    **Check Date To: 2/6/2015**

| Fac Nbr | EmployID | Check Date | Check Number | Gross Pay | Deductions | Net Pay | Pay per day 16 Days | Est Pay 2/1 - 2/6 | Expense Reports |
|---|---|---|---|---|---|---|---|---|---|
| 010 | 100462 | 2/6/2015 | DD005176 | 5,400.86 | 1,863.97 | 3,536.89 | $221.06 | 1,326.33 | |
| 010 | 100313 | 2/6/2015 | DD005177 | 4,398.91 | 1,240.47 | 3,158.44 | $197.40 | 1,184.42 | |
| 010 | 100465 | 2/6/2015 | 3120 | 2,333.76 | 482.03 | 1,851.73 | $115.73 | 694.40 | $953.10 |
| 010 | 100501 | 2/6/2015 | DD005178 | 2,200.00 | 654.39 | 1,545.61 | $96.60 | 579.60 | $228.90 |
| 010 | 100236 | 2/6/2015 | DD005179 | 5,049.91 | 2,450.60 | 2,599.31 | $162.46 | 974.74 | $739.58 |
| 010 | 100520 | 2/6/2015 | DD005180 | 2,292.42 | 343.38 | 1,949.04 | $121.82 | 730.89 | |
| 010 | 100449 | 2/6/2015 | DD005181 | 2,666.84 | 278.32 | 2,388.52 | $149.28 | 895.70 | |
| 010 | 100471 | 2/6/2015 | DD005182 | 3,333.33 | 1,138.58 | 2,194.75 | $137.17 | 823.03 | |
| 010 | 100431 | 2/6/2015 | DD005183 | 3,903.47 | 1,269.61 | 2,633.86 | $164.62 | 987.70 | |
| 010 | 100446 | 2/6/2015 | DD005184 | 4,076.81 | 1,103.98 | 2,972.83 | $185.80 | 1,114.81 | $1,368.87 |
| 010 | 100507 | 2/6/2015 | DD005185 | 1,975.00 | 795.01 | 1,179.99 | $73.75 | 442.50 | |
| 010 | 100499 | 2/6/2015 | 3121 | 2,464.00 | 602.42 | 1,861.58 | $116.35 | 698.09 | |
| 010 | 100478 | 2/6/2015 | DD005186 | 4,800.15 | 1,443.98 | 3,356.17 | $209.76 | 1,258.56 | |
| 010 | 100468 | 2/6/2015 | DD005187 | 3,553.47 | 913.06 | 2,640.41 | $165.03 | 990.15 | |
| 010 | 100513 | 2/6/2015 | DD005188 | 1,817.60 | 338.78 | 1,478.82 | $92.43 | 554.56 | |
| 010 | 100280 | 2/6/2015 | DD005189 | 4,683.50 | 1,443.58 | 3,239.92 | $202.50 | 1,214.97 | |
| 010 | 100377 | 2/6/2015 | DD005190 | 2,480.48 | 943.80 | 1,536.28 | $96.02 | 576.11 | $369.74 |
| 010 | 100138 | 2/6/2015 | DD005191 | 4,791.98 | 1,535.00 | 3,256.98 | $203.56 | 1,221.37 | |
| 010 | 100472 | 2/6/2015 | DD005192 | 3,466.80 | 763.72 | 2,703.08 | $168.94 | 1,013.66 | |
| 010 | 100032 | 2/6/2015 | DD005193 | 3,244.06 | 1,042.98 | 2,201.08 | $137.57 | 825.41 | |
| 010 | 100494 | 2/6/2015 | DD005194 | 1,870.00 | 537.94 | 1,332.06 | $83.25 | 499.52 | $1,298.69 |
| 010 | 100511 | 2/6/2015 | DD005195 | 2,420.00 | 688.43 | 1,731.57 | $108.22 | 649.34 | |
| 010 | 100330 | 2/6/2015 | DD005196 | 5,766.34 | 1,841.11 | 3,925.23 | $245.33 | 1,471.96 | |
| 010 | 100506 | 2/6/2015 | DD005197 | 1,874.67 | 555.09 | 1,319.58 | $82.47 | 494.84 | |
| 010 | 100113 | 2/6/2015 | DD005198 | 2,443.88 | 445.60 | 1,998.28 | $124.89 | 749.36 | |
| 010 | 100461 | 2/6/2015 | DD005199 | 8,316.88 | 3,041.22 | 5,275.66 | $329.73 | 1,978.37 | $194.41 |
| 010 | 100510 | 2/6/2015 | DD005200 | 600.00 | 113.70 | 486.30 | $30.39 | 182.36 | |
| 010 | 100426 | 2/6/2015 | DD005201 | 1,865.00 | 616.56 | 1,248.44 | $78.03 | 468.17 | |
| 010 | 100493 | 2/6/2015 | DD005202 | 3,298.88 | 1,139.32 | 2,159.56 | $134.97 | 809.84 | |
| 010 | 100517 | 2/6/2015 | DD005203 | 6,332.89 | 2,360.96 | 3,971.93 | $248.25 | 1,489.47 | |
| 010 | 100246 | 2/6/2015 | DD005204 | 5,000.18 | 1,704.21 | 3,295.97 | $206.00 | 1,235.99 | $3,194.92 |
| 010 | 100437 | 2/6/2015 | DD005205 | 2,465.00 | 539.23 | 1,925.77 | $120.36 | 722.16 | |
| 010 | 100502 | 2/6/2015 | DD005206 | 1,963.50 | 501.64 | 1,461.86 | $91.37 | 548.20 | |
| 010 | 100408 | 2/6/2015 | DD005207 | 4,567.09 | 1,356.12 | 3,210.97 | $200.69 | 1,204.11 | |
| 010 | 100358 | 2/6/2015 | DD005208 | 6,250.64 | 2,102.25 | 4,148.39 | $259.27 | 1,555.65 | |
| 010 | 100491 | 2/6/2015 | DD005209 | 1,584.00 | 424.03 | 1,159.97 | $72.50 | 434.99 | |
| 010 | 100521 | 2/6/2015 | DD005210 | 3,853.30 | 807.61 | 3,045.69 | $190.36 | 1,142.13 | |
| 010 | 100318 | 2/6/2015 | 3122 | 2,185.00 | 534.41 | 1,650.59 | $103.16 | 618.97 | |
| 010 | 100484 | 2/6/2015 | 3123 | 2,080.08 | 523.42 | 1,556.66 | $97.29 | 583.75 | $157.43 |
| 010 | 100184 | 2/6/2015 | DD005211 | 4,325.02 | 2,374.27 | 1,950.75 | $121.92 | 731.53 | $638.92 |
| 010 | 100518 | 2/6/2015 | DD005212 | 3,380.13 | 1,427.00 | 1,953.13 | $122.07 | 732.42 | $388.26 |
| 010 | 100307 | 2/6/2015 | DD005213 | 4,283.81 | 1,651.64 | 2,632.17 | $164.51 | 987.06 | $249.43 |
| 010 | 100519 | 2/6/2015 | DD005214 | 4,999.99 | 1,438.25 | 3,561.74 | $222.61 | 1,335.65 | |
| 010 | 100036 | 2/6/2015 | DD005215 | 2,851.44 | 967.95 | 1,883.49 | $117.72 | 706.31 | |
| 010 | 100392 | 2/6/2015 | DD005216 | 2,220.00 | 755.99 | 1,464.01 | $91.50 | 549.00 | |
| 010 | 100516 | 2/6/2015 | DD005217 | 4,183.41 | 1,550.59 | 2,632.82 | $164.55 | 987.31 | |
| 010 | 100233 | 2/6/2015 | DD005218 | 4,781.30 | 1,810.51 | 2,970.79 | $185.67 | 1,114.05 | $2,070.34 |
| 010 | 100319 | 2/6/2015 | DD005219 | 3,640.14 | 1,043.10 | 2,597.04 | $162.32 | 973.89 | |
| 010 | 100375 | 2/6/2015 | DD005220 | 2,608.32 | 734.01 | 1,874.31 | $117.14 | 702.87 | $378.00 |
| 010 | 100335 | 2/6/2015 | DD005221 | 4,926.84 | 1,338.71 | 3,588.13 | $224.26 | 1,345.55 | |
| 010 | 100230 | 2/6/2015 | DD005222 | 1,665.06 | 625.65 | 1,039.41 | $64.96 | 389.78 | |
| 010 | 100476 | 2/6/2015 | DD005223 | 4,076.81 | 1,387.52 | 2,689.29 | $168.08 | 1,008.48 | $1,823.94 |
| 010 | 100411 | 2/6/2015 | DD005224 | 4,076.81 | 1,192.39 | 2,884.42 | $180.28 | 1,081.66 | $311.40 |
| 010 | 100131 | 2/6/2015 | DD005225 | 2,821.70 | 823.95 | 1,997.75 | $124.86 | 749.16 | |
| 010 | 100327 | 2/6/2015 | 3124 | 3,000.10 | 1,013.96 | 1,986.14 | $124.13 | 744.80 | |
| 010 | 100467 | 2/6/2015 | DD005226 | 300.00 | 46.07 | 253.93 | $15.87 | 95.22 | |
| 010 | 100235 | 2/6/2015 | DD005227 | 6,499.30 | 2,643.49 | 3,855.81 | $240.99 | 1,445.93 | $476.90 |
| 010 | 100238 | 2/6/2015 | DD005228 | 4,783.50 | 1,325.11 | 3,458.39 | $216.15 | 1,296.90 | $310.73 |
| 010 | 100438 | 2/6/2015 | DD005229 | 5,033.98 | 1,732.55 | 3,301.43 | $206.34 | 1,238.04 | |
| 010 | 100346 | 2/6/2015 | DD005230 | 5,918.88 | 2,496.33 | 3,422.55 | $213.91 | 1,283.46 | |
| 010 | 100456 | 2/6/2015 | DD005231 | 4,517.09 | 482.23 | 4,034.86 | $252.18 | 1,513.07 | $1,492.65 |
| 010 | 100359 | 2/6/2015 | 3125 | 1,720.00 | 433.41 | 1,286.59 | $80.41 | 482.47 | |
| 010 | 100419 | 2/6/2015 | DD005232 | 6,232.89 | 2,636.33 | 3,596.56 | $224.79 | 1,348.71 | |
| 010 | 100351 | 2/6/2015 | DD005233 | 4,819.30 | 1,509.10 | 3,310.20 | $206.89 | 1,241.33 | $182.57 |
| 010 | 100481 | 2/6/2015 | DD005234 | 3,333.33 | 1,245.58 | 2,087.75 | $130.48 | 782.91 | |
| 010 | 100480 | 2/6/2015 | DD005235 | 2,950.10 | 628.36 | 2,321.74 | $145.11 | 870.65 | |
| 010 | 100364 | 2/6/2015 | DD005236 | 1,503.00 | 365.10 | 1,137.90 | $71.12 | 426.71 | |
| 010 | 100447 | 2/6/2015 | DD005237 | 4,983.98 | 1,580.65 | 3,403.33 | $212.71 | 1,276.25 | $359.72 |
| 010 | 100503 | 2/6/2015 | DD005238 | 2,791.64 | 850.92 | 1,940.72 | $121.30 | 727.77 | |
| 010 | 100412 | 2/6/2015 | DD005239 | 6,258.03 | 2,183.82 | 4,074.21 | $254.64 | 1,527.83 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 010 | 100211 | 2/6/2015 | DD005240 | 4,462.82 | 1,073.23 | 3,389.59 | $211.85 | 1,271.10 | $356.83 | |
| 010 | 100453 | 2/6/2015 | DD005241 | 2,637.37 | 826.68 | 1,810.69 | $113.17 | 679.01 | | |
| 010 | 100497 | 2/6/2015 | DD005242 | 5,816.88 | 2,698.88 | 3,118.00 | $194.88 | 1,169.25 | $586.68 | |
| 010 | 100385 | 2/6/2015 | DD005243 | 3,200.00 | 965.58 | 2,234.42 | $139.65 | 837.91 | | |
| 010 | 100436 | 2/6/2015 | DD005244 | 2,288.00 | 776.59 | 1,511.41 | $94.46 | 566.78 | | **TOTALS:** |
| GENERAL EMPLOYEES TOTAL | | | | 271,561.25 | 87,116.01 | 184,445.24 | $11,527.83 | 69,166.97 | $18,132.01 | **87,298.98** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EXECUTIVE PAYROLL | 166,183.56 | 31,585.45 | 197,769.01 | 12,360.56 | 50,083.38 | 15,527.83 | **65,611.21** |
| | | | | | | | - |
| INSIDER PRE-PETITION WAGES | | | | | 24080 | $4,983.03 | **29063.03** |
| | | | | | | **TOTAL:** | **181,973.21** |

**EXHIBIT 4**

ROSEWOOD

**Payroll Register Report,**    Check Date From: 2/6/2015  Check Date To:  2/6/2015

| Fac Nbr | EmployID | Check Date | Check Number | Gross Pay | Deductions | Net Pay | 2/1 - 2/6 |
|---------|----------|------------|--------------|-----------|------------|---------|-----------|
| 026 | 130187 | 2/6/2015 | 111081 | 2,212.13 | 343.94 | 1,868.19 | $912.50 |
| 026 | 500097 | 2/6/2015 | 111082 | 1,015.50 | 164.12 | 851.38 | $418.89 |
| 026 | 960140 | 2/6/2015 | 111083 | 1,110.00 | 162.12 | 947.88 | $457.88 |
| 026 | 550008 | 2/6/2015 | 111084 | 2,123.42 | 465.66 | 1,657.76 | $875.91 |
| 026 | 140614 | 2/6/2015 | 111085 | 849.75 | 78.06 | 771.69 | $350.52 |
| 026 | 120131 | 2/6/2015 | 111086 | 1,613.60 | 137.97 | 1,475.63 | $665.61 |
| 026 | 140654 | 2/6/2015 | 111087 | 490.49 | 81.91 | 408.58 | $202.33 |
| 026 | 140659 | 2/6/2015 | 111088 | 981.25 | 187.94 | 793.31 | $404.77 |
| 026 | 300002 | 2/6/2015 | 111089 | 1,182.19 | 254.56 | 927.63 | $487.65 |
| 026 | 120174 | 2/6/2015 | 111090 | 3,330.00 | 1,002.46 | 2,327.54 | $1,373.63 |
| 026 | 500089 | 2/6/2015 | 111091 | 817.20 | 169.63 | 647.57 | $337.10 |
| 026 | 140653 | 2/6/2015 | 111092 | 201.24 | 17.20 | 184.04 | $83.01 |
| 026 | 960113 | 2/6/2015 | 111093 | 1,595.88 | 355.76 | 1,240.12 | $658.30 |
| 026 | 300053 | 2/6/2015 | 111094 | 1,496.25 | 257.35 | 1,238.90 | $617.20 |
| 026 | 700004 | 2/6/2015 | 111095 | 434.50 | 37.68 | 396.82 | $179.23 |
| 026 | 960273 | 2/6/2015 | 111096 | 2,318.88 | 867.20 | 1,451.68 | $956.54 |
| 026 | 140664 | 2/6/2015 | 111097 | 1,065.00 | 211.38 | 853.62 | $439.31 |
| 026 | 140422 | 2/6/2015 | 111098 | 1,275.00 | 286.24 | 988.76 | $525.94 |
| 026 | 130180 | 2/6/2015 | 111099 | 2,700.45 | 367.56 | 2,332.89 | $1,113.94 |
| 026 | 140604 | 2/6/2015 | 111100 | 1,157.69 | 234.88 | 922.81 | $477.55 |
| 026 | 140655 | 2/6/2015 | 111101 | 1,094.60 | 147.25 | 947.35 | $451.52 |
| 026 | 140596 | 2/6/2015 | 111102 | 1,200.48 | 377.10 | 823.38 | $495.20 |
| 026 | 130159 | 2/6/2015 | 111103 | 2,474.50 | 782.84 | 1,691.66 | $1,020.73 |
| 026 | 600019 | 2/6/2015 | 111104 | 1,031.58 | 153.07 | 878.51 | $425.53 |
| 026 | 500025 | 2/6/2015 | 111105 | 1,061.39 | 245.35 | 816.04 | $437.82 |
| 026 | 140626 | 2/6/2015 | 111106 | 114.75 | 9.80 | 104.95 | $47.33 |
| 026 | 140541 | 2/6/2015 | 111107 | 1,297.38 | 231.13 | 1,066.25 | $535.17 |
| 026 | 940016 | 2/6/2015 | 111108 | 2,912.11 | 1,014.86 | 1,897.25 | $1,201.25 |
| 026 | 140649 | 2/6/2015 | 111109 | 972.44 | 118.26 | 854.18 | $401.13 |
| 026 | 960257 | 2/6/2015 | 111110 | 2,340.09 | 241.02 | 2,099.07 | $965.29 |
| 026 | 910009 | 2/6/2015 | 111111 | 999.75 | 193.12 | 806.63 | $412.40 |
| 026 | 140565 | 2/6/2015 | 111112 | 1,071.81 | 398.75 | 673.06 | $442.12 |
| 026 | 140665 | 2/6/2015 | 111113 | 1,208.61 | 266.50 | 942.11 | $498.55 |
| 026 | 200039 | 2/6/2015 | 111114 | 121.30 | 10.36 | 110.94 | $50.04 |
| 026 | 500001 | 2/6/2015 | 111115 | 1,604.88 | 405.47 | 1,199.41 | $662.01 |
| 026 | 500093 | 2/6/2015 | 111116 | 1,002.75 | 189.01 | 813.74 | $413.63 |
| 026 | 140198 | 2/6/2015 | 111117 | 1,568.90 | 405.48 | 1,163.42 | $647.17 |
| 026 | 960301 | 2/6/2015 | 111118 | 937.14 | 80.13 | 857.01 | $386.57 |
| 026 | 140666 | 2/6/2015 | 111119 | 1,107.86 | 198.35 | 909.51 | $456.99 |
| 026 | 120171 | 2/6/2015 | 111120 | 3,167.10 | 1,056.14 | 2,110.96 | $1,306.43 |
| 026 | 140651 | 2/6/2015 | 111121 | 958.50 | 220.55 | 737.95 | $395.38 |
| 026 | 130175 | 2/6/2015 | 111122 | 1,945.34 | 403.43 | 1,541.91 | $802.45 |
| 026 | 130185 | 2/6/2015 | 111123 | 2,002.91 | 457.28 | 1,545.63 | $826.20 |

| 026 | 500006 | 2/6/2015 | 111124 | 1,580.89 | 957.24 | 623.65 | $333.55 |
| 026 | 600022 | 2/6/2015 | 111125 | 1,577.69 | 473.63 | 1,104.06 | $656.80 |
| 026 | 140621 | 2/6/2015 | 111126 | 1,316.25 | 227.30 | 1,088.95 | $542.95 |
| 026 | 600013 | 2/6/2015 | 111127 | 1,341.83 | 288.74 | 1,053.09 | $553.50 |
| 026 | 120121 | 2/6/2015 | 111128 | 1,098.71 | 110.89 | 987.82 | $453.22 |
| 026 | 130191 | 2/6/2015 | 111129 | 2,500.40 | 869.14 | 1,631.26 | $1,031.42 |
| 026 | 120162 | 2/6/2015 | 111130 | 2,554.35 | 554.81 | 1,999.54 | $1,053.67 |
| 026 | 960052 | 2/6/2015 | DD005446 | 1,230.09 | 267.99 | 962.10 | $507.41 |
| 026 | 140600 | 2/6/2015 | DD005447 | 1,213.39 | 238.13 | 975.26 | $500.52 |
| 026 | 650003 | 2/6/2015 | DD005448 | 2,123.42 | 216.58 | 1,906.84 | $875.91 |
| 026 | 120126 | 2/6/2015 | DD005449 | 3,900.15 | 964.99 | 2,935.16 | $1,608.81 |
| 026 | 140504 | 2/6/2015 | DD005450 | 1,229.60 | 282.26 | 947.34 | $507.21 |
| 026 | 140606 | 2/6/2015 | DD005451 | 365.88 | 31.28 | 334.60 | $150.93 |
| 026 | 140589 | 2/6/2015 | DD005452 | 999.68 | 406.30 | 593.38 | $412.37 |
| 026 | 120128 | 2/6/2015 | DD005453 | 532.35 | 121.71 | 410.64 | $219.59 |
| 026 | 120172 | 2/6/2015 | DD005454 | 3,290.85 | 1,068.66 | 2,222.19 | $1,357.48 |
| 026 | 120088 | 2/6/2015 | DD005455 | 3,275.00 | 1,782.29 | 1,492.71 | $1,350.94 |
| 026 | 910008 | 2/6/2015 | DD005456 | 1,245.97 | 292.76 | 953.21 | $513.96 |
| 026 | 250001 | 2/6/2015 | DD005457 | 2,678.10 | 762.03 | 1,916.07 | $1,104.72 |
| 026 | 140610 | 2/6/2015 | DD005458 | 1,130.67 | 169.34 | 961.33 | $466.40 |
| 026 | 140607 | 2/6/2015 | DD005459 | 1,181.25 | 133.29 | 1,047.96 | $487.27 |
| 026 | 120140 | 2/6/2015 | DD005460 | 3,154.00 | 722.93 | 2,431.07 | $1,301.03 |
| 026 | 120167 | 2/6/2015 | DD005461 | 3,910.77 | 1,362.87 | 2,547.90 | $1,613.19 |
| 026 | 130182 | 2/6/2015 | DD005462 | 2,173.88 | 622.91 | 1,550.97 | $896.73 |
| 026 | 130169 | 2/6/2015 | DD005463 | 1,367.44 | 320.90 | 1,046.54 | $564.07 |
| 026 | 500088 | 2/6/2015 | DD005464 | 963.75 | 264.52 | 699.23 | $397.55 |
| 026 | 500086 | 2/6/2015 | DD005465 | 1,040.60 | 157.21 | 883.39 | $429.25 |
| 026 | 120112 | 2/6/2015 | DD005466 | 3,517.50 | 1,990.97 | 1,526.53 | $1,450.97 |
| 026 | 120139 | 2/6/2015 | DD005467 | 2,630.40 | 963.91 | 1,666.49 | $1,085.04 |
| 026 | 940011 | 2/6/2015 | DD005468 | 1,999.65 | 713.54 | 1,286.11 | $824.86 |
| 026 | 120159 | 2/6/2015 | DD005469 | 2,849.00 | 1,048.22 | 1,800.78 | $1,175.21 |
| 026 | 120147 | 2/6/2015 | DD005470 | 3,109.50 | 1,028.35 | 2,081.15 | $1,282.67 |
| 026 | 120168 | 2/6/2015 | DD005471 | 2,296.80 | 681.63 | 1,615.17 | $947.43 |
| 026 | 130190 | 2/6/2015 | DD005472 | 2,547.79 | 420.16 | 2,127.63 | $1,050.96 |
| 026 | 120133 | 2/6/2015 | DD005473 | 3,107.25 | 760.86 | 2,346.39 | $1,281.74 |
| 026 | 130157 | 2/6/2015 | DD005474 | 3,102.61 | 879.99 | 2,222.62 | $1,279.83 |
| 026 | 200038 | 2/6/2015 | DD005475 | 751.25 | 96.43 | 654.82 | $309.89 |
| 026 | 130160 | 2/6/2015 | DD005476 | 1,031.25 | 262.72 | 768.53 | $425.39 |
| 026 | 140347 | 2/6/2015 | DD005477 | 1,023.93 | 300.63 | 723.30 | $422.37 |
| 026 | 120156 | 2/6/2015 | DD005478 | 2,689.65 | 1,089.62 | 1,600.03 | $1,109.48 |
| 026 | 140124 | 2/6/2015 | DD005479 | 1,108.67 | 103.16 | 1,005.51 | $457.33 |
| 026 | 130171 | 2/6/2015 | DD005480 | 1,911.61 | 190.24 | 1,721.37 | $788.54 |
| 026 | 300048 | 2/6/2015 | DD005481 | 1,284.87 | 109.85 | 1,175.02 | $530.01 |
| 026 | 140638 | 2/6/2015 | DD005482 | 906.36 | 107.56 | 798.80 | $373.87 |
| 026 | 130178 | 2/6/2015 | DD005483 | 1,991.04 | 386.26 | 1,604.78 | $821.30 |
| 026 | 140546 | 2/6/2015 | DD005484 | 1,015.00 | 119.11 | 895.89 | $418.69 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 026 | 940018 | 2/6/2015 | DD005485 | 3,125.82 | 676.00 | 2,449.81 | $1,299.90 |
| 026 | 120154 | 2/6/2015 | DD005486 | 2,532.00 | 962.70 | 1,569.30 | $1,042.02 |
| 026 | 140617 | 2/6/2015 | DD005487 | 931.32 | 170.95 | 760.37 | $384.17 |
| 026 | 140662 | 2/6/2015 | DD005488 | 1,164.38 | 264.14 | 900.24 | $480.31 |
| 026 | 140647 | 2/6/2015 | DD005489 | 1,067.25 | 112.14 | 955.11 | $440.24 |
| 026 | 140623 | 2/6/2015 | DD005490 | 890.65 | 128.63 | 762.02 | $367.39 |
| 026 | 130158 | 2/6/2015 | DD005491 | 208.97 | 17.86 | 191.11 | $86.20 |
| 026 | 140633 | 2/6/2015 | DD005492 | 1,147.77 | 265.99 | 881.78 | $473.46 |
| 026 | 300047 | 2/6/2015 | DD005493 | 728.75 | 146.84 | 581.91 | $300.61 |
| 026 | 990001 | 2/6/2015 | DD005494 | 4,791.98 | 1,608.29 | 3,183.69 | $1,976.69 |
| 026 | 910004 | 2/6/2015 | DD005495 | 1,245.04 | 180.31 | 1,064.73 | $513.58 |
| 026 | 140576 | 2/6/2015 | DD005496 | 1,117.82 | 221.23 | 896.59 | $461.10 |
| 026 | 140634 | 2/6/2015 | DD005497 | 395.25 | 33.79 | 361.46 | $163.04 |
| 026 | 140524 | 2/6/2015 | DD005498 | 1,187.48 | 234.90 | 952.58 | $489.84 |
| 026 | 140615 | 2/6/2015 | DD005499 | 778.01 | 174.56 | 603.45 | $320.93 |
| 026 | 140572 | 2/6/2015 | DD005500 | 2,558.25 | 387.72 | 2,170.53 | $1,055.28 |
| 026 | 300042 | 2/6/2015 | DD005501 | 1,034.28 | 115.61 | 918.67 | $426.64 |
| 026 | 130189 | 2/6/2015 | DD005502 | 1,499.92 | 283.29 | 1,216.63 | $618.72 |
| 026 | 920013 | 2/6/2015 | DD005503 | 2,275.09 | 940.10 | 1,334.99 | $938.47 |
| 026 | 960315 | 2/6/2015 | DD005504 | 332.26 | 28.41 | 303.85 | $137.06 |
| 026 | 960337 | 2/6/2015 | DD005505 | 3,006.58 | 904.98 | 2,101.60 | $1,240.21 |
| 026 | 130115 | 2/6/2015 | DD005506 | 2,617.83 | 903.04 | 1,714.79 | $1,079.85 |
| 026 | 960170 | 2/6/2015 | DD005507 | 1,027.62 | 195.97 | 831.65 | $423.89 |
| 026 | 400016 | 2/6/2015 | DD005508 | 1,110.10 | 104.92 | 1,005.18 | $457.92 |
| 026 | 120129 | 2/6/2015 | DD005509 | 3,200.40 | 637.03 | 2,563.37 | $1,320.17 |
| 026 | 140032 | 2/6/2015 | DD005510 | 1,351.17 | 327.25 | 1,023.92 | $557.36 |
| 026 | 140631 | 2/6/2015 | DD005511 | 1,083.50 | 187.32 | 896.18 | $446.94 |
| 026 | 120166 | 2/6/2015 | DD005512 | 2,574.00 | 796.49 | 1,777.51 | $1,061.78 |
| 026 | 960181 | 2/6/2015 | DD005513 | 1,105.37 | 105.33 | 1,000.04 | $455.97 |
| 026 | 140611 | 2/6/2015 | DD005514 | 1,060.88 | 223.66 | 837.22 | $437.61 |
| 026 | 140562 | 2/6/2015 | DD005515 | 1,199.41 | 262.37 | 937.04 | $494.76 |
| 026 | 500095 | 2/6/2015 | DD005516 | 178.25 | 15.23 | 163.02 | $73.53 |
| 026 | 400002 | 2/6/2015 | DD005517 | 1,403.74 | 301.73 | 1,102.01 | $579.04 |
| 026 | 960179 | 2/6/2015 | DD005518 | 1,131.23 | 214.76 | 916.47 | $466.63 |
| 026 | 960340 | 2/6/2015 | DD005519 | 1,065.83 | 196.78 | 869.05 | $439.65 |
| 026 | 960302 | 2/6/2015 | DD005520 | 725.70 | 138.69 | 587.01 | $299.35 |
| 026 | 140661 | 2/6/2015 | DD005521 | 975.25 | 118.59 | 856.66 | $402.29 |
| 026 | 750001 | 2/6/2015 | DD005522 | 1,458.66 | 348.24 | 1,110.42 | $601.70 |
| 026 | 700003 | 2/6/2015 | DD005523 | 586.52 | 83.30 | 503.22 | $241.94 |
| 026 | 850001 | 2/6/2015 | DD005524 | 2,773.44 | 373.27 | 2,400.17 | $1,144.04 |
| 026 | 940014 | 2/6/2015 | DD005525 | 1,368.89 | 227.31 | 1,141.58 | $564.67 |
| 026 | 140521 | 2/6/2015 | DD005526 | 1,006.76 | 305.39 | 701.37 | $415.29 |
| 026 | 960182 | 2/6/2015 | DD005527 | 978.25 | 158.93 | 819.32 | $403.53 |
| 026 | 400015 | 2/6/2015 | DD005528 | 502.50 | 66.97 | 435.53 | $207.28 |
| 026 | 140640 | 2/6/2015 | DD005529 | 968.50 | 224.82 | 743.68 | $399.51 |
| 026 | 140629 | 2/6/2015 | DD005530 | 682.82 | 96.52 | 586.30 | $281.66 |

| 026 | 110010 | 2/6/2015 | DD005531 | 6,606.86 | 2,950.09 | 3,456.89 | $2,477.65 |
| 026 | 960258 | 2/6/2015 | DD005532 | 1,466.29 | 281.85 | 1,184.44 | $604.84 |
| 026 | 130179 | 2/6/2015 | DD005533 | 2,141.40 | 391.01 | 1,750.39 | $883.33 |
| 026 | 940020 | 2/6/2015 | DD005534 | 2,259.96 | 569.34 | 1,690.62 | $932.23 |
| | | | | 223,846.80 | 55,878.03 | 167,968.77 | **$92,336.81** |
| | | | | | | | |
| | | | | 71,936.51 | 16,170.62 | | |

Amount of paper checks from 2/6/15 payroll that did not clear prepetition **55,765.89**

**EXHIBIT 5**

| Vendor Name | Address | City | State | Zip Code | Account No. | Jan. 2014 | Dec. 2014 | Nov. 2014 | Total | Average |
|---|---|---|---|---|---|---|---|---|---|---|
| Verizon Wireless | PO Box 660108 | Dallas | TX | 75266-0108 | 570169743 | 7,021.18 | 6,463.53 | 8,404.84 | 21,889.55 | 7,296.52 |
| AT&T | Payment Center | Sacramento | CA | 95887-0001 | 707-399-0327-971-7 | 158.50 | 156.69 | 156.84 | 472.03 | 157.34 |
| AT&T | Payment Center | Sacramento | CA | 95887-0001 | 949-488-3337-457-9 | 195.02 | 192.59 | 192.66 | 580.27 | 193.42 |
| Cox Business | PO Box 53280 | Phoenix | AZ | 85072-3280 | 001-7601-028065102 | 500.37 | 494.30 | 507.37 | 1,502.04 | 500.68 |
| Cox Business | PO Box 53280 | Phoenix | AZ | 85072-3280 | 002-7601-028065102 | 4.07 | 4.07 | 4.07 | 12.21 | 4.07 |
| TelePacific Communications | 515 S. Flower St., 47th Fl. | Los Angeles | CA | 90071-2201 | 106729 | 1,134.68 | 1,100.59 | 1,109.03 | 3,344.30 | 1,114.77 |
| | | | | | | | | | | |
| | | | | | | | | Total: | 27,800.40 | 9,266.80 |

**EXHIBIT 6**

**Rosewood - Utilities**

| TYPE | VENDOR | address1 | address2 | citystzip | SEPT | OCT | NOV | DEC | JAN | Total | AVERAGE |
|------|--------|----------|----------|-----------|------|-----|-----|-----|-----|-------|---------|
| Cable | Comcast | P.O. Box 34227 | | Seattle, WA 98124-1227 | | | 127.63 | 138.64 | 143.64 | 409.91 | 136.64 |
| Cable | Dish | P.O. Box 94063 | | Palatine, IL 60094-4083 | | | 549.65 | 549.65 | 549.65 | 1,648.95 | 549.65 |
| Electricity | SMUD | P.O. Box 15830 | | Sacramento, CA 95852-0830 | | 4,606.50 | 3,720.18 | 3,991.84 | | 12,318.52 | 4,106.17 |
| Gas | PG&E | Box 997300 | | Sacramento, CA 95899-7300 | | | 1,561.69 | 2,310.47 | 2,890.77 | 6,762.93 | 2,254.31 |
| Telephone | AT&T | c/o Bankruptcy | 1801 Valley View Ln | Farmers Branch, TX 75234 | | | 95.35 | 103.26 | 96.55 | 295.16 | 98.39 |
| Telephone | Fax.com | P.O. Box 51300 | | Los Angeles, CA 90051 | | 20.08 | 20.08 | 20.08 | | 60.24 | 20.08 |
| Telephone | Onebox | j2 Global Communications | 6922 Hollywood Blvd | Hollywood, CA 90028 | | 129.90 | 129.90 | 129.90 | | 389.70 | 129.90 |
| Telephone | Telepacific Communications | 515 S. Flower St., 47th Fl | | Los Angeles, CA 90071-2201 | | | 914.06 | 1,179.15 | 934.23 | 3,027.44 | 1,009.15 |
| Telephone | Verizon | P.O. Box 4005 | | Actworth, GA 30101-9006 | | | 978.85 | 302.05 | 336.34 | 1,617.24 | 539.08 |
| Trash | Converge Medical | 1430 Koll Circle Suite 103 | | San Jose, CA 95112-4608 | | | 856.90 | 900.50 | 856.90 | 2,614.30 | 871.43 |
| Trash | Republic Services | 3326 Fitzgerald Rd | | Rancho Cordova, CA 95742-680909 | | 1,137.65 | 1,137.65 | | 2,292.35 | 4,567.65 | 1,522.55 |
| Water | Carmichael Water District | P.O. Box 919006 | | West Sacramento, CA 95691-9006 | | | 172.74 | 1,041.13 | 202.74 | 1,416.61 | 472.20 |
| Water | Sacramento County Utilities | P.O. Box 1804 | | Sacramento, CA 95812 | 4,607.60 | | 4,607.60 | | 4,607.60 | 13,822.80 | 4,607.60 |
| | | | | | | | | | | | 16,317.15 |