PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (Bar No. 095666)
Assistant United States Trustee
Elizabeth A. Lossing (Bar No. 144100)
Trial Attorney
Ronald Reagan Federal Building
    and United States Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Elizabeth.Lossing@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NORTH AMERICAN HEALTH CARE, INC.<br><br>        Debtor and Debtor in Possession.<br><br>In re:<br><br>CARMICHAEL CARE, INC.,<br><br>        Debtor and Debtor in Possession.<br><br>☐    Affects All Debtors<br>☐    Affects North American Health Care, Inc.<br>■    Affects Carmichael Care, Inc. | CASE NUMBER:  8:15-bk-10610-MW<br><br>CHAPTER 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NUMBER:  8:15-10612-MW<br><br>STIPULATION BETWEEN DEBTOR AND UNITED STATES TRUSTEE PROVIDING FOR APPOINTMENT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333 FOR CARMICHAEL CARE, INC.<br><br>[NO HEARING REQUIRED] |

    The United States Trustee for Region 16 ("U.S. Trustee"), by and through his attorney, Elizabeth A. Lossing, and Chapter 11 Debtor, Carmichael Care, Inc., by and through its attorney, David L. Neale, hereby submit this stipulation requesting that the Court direct the appointment of a patient care ombudsman (the "Ombudsman") in this case pursuant to 11 U.S.C. § 333. The parties stipulate as follows:

RECITALS

    1.    Carmichael Care, Inc. (the "Debtor") filed a voluntary petition under chapter 11 of the Bankruptcy Code on February 6, 2015. The Debtor operates a facility that provides rehabilitation and

short- and long-term skilled nursing care in Sacramento County, California.  The facility is located at 6041 Fairoaks Boulevard, Carmichael, California  95608.

2. Section § 333 of the Bankruptcy Code (11 U.S.C.) requires the appointment of a patient care ombudsman to monitor the quality of patient care and to represent the interests of patients of the health care business unless the court finds that the appointment of such ombudsman is not necessary for the protection of patients under the specific facts of the case.

3. Based upon the foregoing, the parties agree and stipulate that their signatures below constitute an understanding that the Court shall direct the U. S. Trustee to appoint an Ombudsman in the above captioned case who shall serve until further order of the Court.

4. The parties further stipulate that the Ombudsman shall have access and may review confidential patient records as necessary and appropriate to discharge his or her duties and responsibilities, provided however, that the Ombudsman protects the confidentiality of such records as required under applicable non-bankruptcy law and regulations including but not limited to the Health Insurance Portability and Accountability Act of 1996 ("HIPPA") and federal HIPPA privacy regulations at 45 Code of Federal Regulations.

5. The monthly fees and costs of the Ombudsman, including those fees and costs of professionals employed by the Ombudsman, shall be subject to review by the Court pursuant to 11 U.S.C. §§ 330 and 331.

6. Within 60 days of his or her appointment, the Ombudsman shall prepare and file a Report of Findings which the Debtor shall set for hearing before the Court.

////

////

////

WHEREFORE, the parties request that the Court approve this Stipulation and enter an order directing the U. S. Trustee to appoint a patient care ombudsman in this case under the foregoing terms.

                                                PETER C. ANDERSON
                                                UNITED STATES TRUSTEE

Dated: February 13, 2015                    By: *Elizabeth A. Lossing*
                                                Elizabeth A. Lossing
                                                Trial Attorney


                                                LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.


Dated: February 17, 2015                    By: _____
                                                David L. Neale
                                                Attorney for Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*)**: STIPULATION BETWEEN DEBTOR AND UNITED STATES TRUSTEE PROVIDING FOR APPOINTMENT OF PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333 FOR CARMICHAEL CARE, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO  BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2015,** checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Joseph A Eisenberg     jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Kenneth Hennesay     khennesay@allenmatkins.com
- Elizabeth A Lossing     elizabeth.lossing@usdoj.gov
- Krikor J Meshefejian     kjm@lnbrb.com
- David L. Neale     dln@lnbrb.com
- Ernie Zachary Park     ernie.park@bewleylaw.com
- Richard A Rogan     rrogan@jmbm.com, jb8@jmbm.com;to1@jmbm.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:  On **February 17, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

North American Health Care, Inc., 32836 Pacific Coast Hwy Ste 203, Dana Point, CA 92629

Carmichael Care, Inc**.,,** 32836 Pacific Coast Hwy Ste 203, Dana Point, CA 92629

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 17, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark C. Wallace– bin on the 6th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/17/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**