MARK GORTON (SBN 099312)
THOMAS G. MOUZES (SBN 099446)
BASHAR AHMAD (SBN 258619)
**BOUTIN JONES INC.**
Attorneys at Law
555 Capitol Mall, Suite 1500
Sacramento, CA 95814
Phone: 916.321.4444
Fax:   916.441.7597
Email: mgorton@boutinjones.com
       tmouzes@boutinjones.com
       bahmad@boutinjones.com

Attorneys for Essie Chandler, through her Successor-In-Interest
Kenneth Chandler; Kenneth Chandler; and Brenda Luker Gilman

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(Santa Ana Division)

| | |
|---|---|
| In re<br><br>NORTH AMERICAN HEALTH CARE INC.,<br><br>    Debtor and Debtor in Possession. | **Case No. 8:15-bk-10610-MW**<br><br>Chapter 11<br><br>Jointly Administered with: |
| In re<br><br>CARMICHAEL CARE, INC.,<br><br>    Debtor and Debtor in Possession. | **Case No. 8:15-bk-10612-MW**<br><br>Chapter 11<br><br>**NOTICE OF ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHANDLER PLAINTIFFS' MOTION FOR RELIEF FROM STAY; RESERVATION OF RIGHTS; DEMAND FOR JURY TRIAL; SUPPLEMENTAL DECLARATION OF LESLEY ANN CLEMENT; AND REQUEST FOR JUDICIAL NOTICE** |
| __X__ Affects All Debtors<br><br>_____ Affects North American Health Care Inc.<br><br>_____ Affects Carmichael Care, Inc. | Date: 08/24/2015<br>Time: 9:00 a.m.<br>Courtroom: 6C |

1

Notice of Errata to Memorandum of Points and Authorities

723656.1A

1  On July 30, 2015, Boutin Jones Inc., attorneys for Essie Chandler, through her Successor-In-Interest, Kenneth Chandler; Kenneth Chandler; and Brenda Luker Gilman, filed and served the Memorandum of Points and Authorities in Support of Chandler Plaintiffs' Motion for Relief from Stay; Reservation of Rights; Demand for Jury Trial; Supplemental Declaration of Lesley Ann Clement; and Request for Judicial Notice ("Memorandum"; Doc 326-1).

**PLEASE TAKE NOTICE** that page 6, line 4, of the Memorandum incorrectly refers to "**Exhibit F.**" The exhibit reference should be to "**Exhibit 6.**" The paragraph should read as follows:

> Notwithstanding the court order, on May 5, 2015, defense counsel Ian Scharg of Schuering Zimmerman sent attorney Clement a letter stating "all defense counsel are unavailable to mediate the week of June 22, 2015." When attorney Clement spoke with defense counsel Scharg, she learned that Defendants were canceling the mediation because of jury selection in Zagon—even though they had known about the jury selection date for at least a month, and long before entering into the stipulation. Attorney Clement sent an email to Carmichael Care's/NAHC's counsel on May 5, 2015, in which she pointed out that the Debtors were under a court order to mediate on June 23, and that she expected them to abide by the order. A true and correct copy of said email is attached as **Exhibit 6**. Clement Decl. at 14.

This Notice of Errata is being served on all those who were served with the original Memorandum and supporting papers.

DATED: July 30, 2015

BOUTIN JONES INC.
Attorneys at Law

By: /s/ Mark Gorton
MARK GORTON

Attorneys for Creditors Essie Chandler, through her Successor-In-Interest Kenneth Chandler; Kenneth Chandler; and Brenda Luker Gilman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
555 Capitol Mall, Suite 1500
Sacramento, CA 95814

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ERRATA TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHANDLER PLAINTIFFS' MOTION FOR RELIEF FROM STAY; RESERVATION OF RIGHTS; DEMAND FOR JURY TRIAL; SUPPLEMENTAL DECLARATION OF LESLEY ANN CLEMENT; AND REQUEST FOR JUDICIAL NOTICE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/30/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attached.

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 7/30/15, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

See attached.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**(VIA FEDERAL EXPRESS)**
Honorable Mark S. Wallace
United States Bankruptcy Court
Central District of California
Santa Ana Division
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135 / Courtroom 6C
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/30/15 | Carmelia V. Domingo | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
723668.1

**F 9013-3.1.PROOF.SERVICE**

## ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):

- Todd M Arnold    tma@lnbyb.com
- Shiva D. Beck    sdelrahim@lockelord.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Frank Cadigan    frank.cadigan@usdoj.gov
- Christopher Celentino    celentinoc@ballardspahr.com, burkec@ballardspahr.com
- Baruch C Cohen    bcc4929@gmail.com, pjstarr@starrparalegals.com
- Joseph A Eisenberg    jae@jmbm.com, vr@jmbm.com;tgeher@jmbm.com;bt@jmbm.com;jae@ecf.inforuptcy.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com
- Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- Margaret E Garms    margaret@parkinsonphinney.com
- Thomas P Griffin    tgriffin@hsmlaw.com
- Kenneth Hennesay    khennesay@allenmatkins.com
- Jeanne M Jorgensen    jjorgensen@pj-law.com, esorensen@pj-law.com
- Colleen M Keating    ckeating@ktbslaw.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Vincent J Miller    vincent@vincentmillerlaw.com, vincentjmiller@gmail.com
- Thomas G Mouzes    tmouzes@boutinjones.com, cdomingo@boutinjones.com
- David L. Neale    dln@lnbyb.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Robert J Pfister    rpfister@ktbslaw.com
- Estela O Pino    epino@epinolaw.com, staff@epinolaw.com
- Richard A Rogan    rrogan@jmbm.com, jb8@jmbm.com;to1@jmbm.com
- David M Stern    dstern@ktbslaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Elizabeth Wendel    bwendel@greatamerica.com, pupton@greatamerica.com
- Kathryn T. Zwicker    kzwicker@ktbslaw.com

### SERVED BY UNITED STATES MAIL:

| DACA VI LLC<br>1565 Hotel Circle S. #310<br>San Diego, CA 92108 | Giovanniello Law Group<br>One Pointe Dr., Suite 300<br>Brea, CA 92821 | Victor M. Lai<br>250 E. Belmont Ave.<br>Fresno, CA 93701 |
|---|---|---|
| Levene, Neale, Bender, Yoo, Brill LLP<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 | John T. Maxwell<br>Dummit Buchholz & Trapp<br>11755 Wilshire Blvd., 15th Floor<br>Los Angeles, CA 90025 | Jihad M. Smaili<br>Smaili & Associates PC<br>600 W. Santa Ana Blvd., Suite 202<br>Santa Ana, CA 92701 |

717790.2

| | | |
|---|---|---|
| Patricia Tweedy<br>Felderstein Fitzgerald Willoughby<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814 | Lesley A. Clement, Esq.<br>Clement & Associates<br>2209 J Street<br>Sacramento, CA 95816 | Jay P. Renneisen, Esq.<br>Law Offices of Jay P. Renneisen<br>1414 K Street, Suite 470<br>Sacramento, CA 95814 |
| Barry Vogel, Esq.<br>Lorie Kruse, Esq.<br>La Follette, Johnson, Dehaas, Felser & Ames<br>655 University Ave., Suite 119<br>Sacramento, CA 95825 | James R. Donahue, Esq.<br>Michael E. Myers, Esq.<br>Donahue Davies, LLP<br>One Natoma Street<br>Folsom, CA 95630 | Wendy C. York, Esq.<br>York Law Corporation<br>1111 Exposition Blvd.,<br>Building 500<br>Sacramento, CA 95815 |
| RX Staffing and Home Care, Inc.<br>4640 Marconi Ave.<br>Sacramento, CA 95821 | Scott L. Gassaway, Esq.<br>Steven J. Williamson, Esq.<br>Wilke, Fleury, Hoffelt, Gould & Birney, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814 | Christopher S. Buckley, Esq.<br>Janice D. Dudensing, Esq.<br>Dudensing/Buckley<br>925 G Street<br>Sacramento, CA 95814 |
| Edward Dudensing, Esq.<br>Christopher S. Buckley, Esq.<br>The Law Office<br>1414 K Street, Suite 470<br>Sacramento, CA 95814 | Stewart Kayle<br>P.O. Box 261205<br>Encino, CA 91426 | Jeffrey Kayle<br>11835 Cannel Mountain Road<br>Suite 1304-364<br>San Diego, CA 92128 |
| Randall Kayle<br>29040 Via Zapata<br>Murrieta, CA 92563 | Mitchell Kayle<br>3845 West 226th Street, #42<br>Torrance, CA 90505 | Thomas V. Girardi<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 |
| Michael F. Moran<br>Lisa Trinh Flint/Alex H. Feldman<br>Moran Law<br>5 Hutton Centre Drive, Suite 1050<br>Santa Ana, CA 92707 | Stewart Kayle<br>5333 Balboa Blvd., #226<br>Encino, CA 91316 | Constance R. Doyle<br>21509 Anza Avenue<br>Torrance, CA 90503 |
| Beach Cowdry Owen LLP<br>500 E Esplanade Dr., Ste. 1400<br>Oxnard, CA 93036 | | |

717790.2